UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENE SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRONFELDT-SORENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING RESPONSES TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>Courtroom: 9D<br>Judge:        Hon. John W. Holcomb |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**ORDER**
**8:22-CV-01374-JWH-JDE**

Upon the Joint Stipulation proposed by plaintiff Albert Chow ("Plaintiff") and defendants Enochian Biosciences Inc., Mark Dybul, Luisa Puche, Rene Sindlev, Carol L. Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grønfeldt-Sørensen, Jayne McNicol, and Evelyn D'An ("Defendants," and together with Plaintiff, the "Parties"), and good cause being shown, the Court hereby **ORDERS** as follows:

1.      No defendant(s) shall be required to answer, move against, or otherwise respond to the complaint in this action until a date to be set following the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

2.      Once the Court has appointed a Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), counsel for Lead Plaintiff and counsel for all defendants that have appeared in the case shall confer and jointly propose to the Court within fourteen (14) days a schedule for (i) the filing of an amended complaint (or the election to proceed on an existing operative complaint); and (ii) defendants' answers, motions, or other responses to the amended or operative complaint (and any responses by Lead Plaintiff thereto).

**IT IS SO ORDERED.**

Dated: _September 12, 2022_____

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE