# EXHIBIT 3

**Enochian BioSciences, Inc. Loss Chart**
**Class Period: January 17, 2018 through June 27, 2022**

**Lookback Price**

$2.30

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rankhorn, Kyle | 9/2/2021 | 2 | ($7.79) | ($15.58) | 12/10/2021 | 100 | $10.89 | $1,089.00 | | | |
| | 9/2/2021 | 300 | ($7.81) | ($2,342.94) | 6/17/2022 | 100 | $3.59 | $359.00 | | | |
| | 11/9/2021 | 50 | ($9.28) | ($463.89) | 6/24/2022 | 100 | $3.38 | $337.50 | | | |
| | 11/17/2021 | 35 | ($10.98) | ($384.46) | 6/24/2022 | 50 | $3.34 | $166.90 | | | |
| | 11/23/2021 | 5 | ($10.08) | ($50.38) | 6/24/2022 | 50 | $3.32 | $165.75 | | | |
| | 11/23/2021 | 2 | ($10.09) | ($20.17) | 6/24/2022 | 100 | $3.35 | $335.00 | | | |
| | 11/26/2021 | 110 | ($10.80) | ($1,187.64) | 9/20/2022 | 60 | $2.24 | $134.40 | | | |
| | 11/29/2021 | 200 | ($11.13) | ($2,225.68) | 9/20/2022 | 439 | $2.26 | $989.95 | | | |
| | 12/17/2021 | 115 | ($7.20) | ($828.00) | | | | | | | |
| | 1/11/2022 | 153 | ($6.48) | ($991.44) | | | | | | | |
| | 2/1/2022 | 74 | ($5.11) | ($377.77) | | | | | | | |
| | 2/3/2022 | 41 | ($5.42) | ($222.22) | | | | | | | |
| | 2/3/2022 | 41 | ($5.42) | ($222.22) | | | | | | | |
| | | 1128 | | ($9,332.39) | | 999 | | $3,577.49 | 129 | $297.07 | ($5,457.83) |

*Prices are rounded to the nearest cent