**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Amanda Hollingworth*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENÈ SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | No.: 8:22-cv-01374-JWH-JDE<br><br>**DECLARATIO OF ADAM M. APTON IN SUPPORT OF AMANDA HOLLINGWORTH'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. John W. Holcomb<br>Date: October 28, 2022<br>Time: 9:00 a.m.<br>Courtroom #9D |

[Additional caption on following page]

DECLARATION OF ADAM M. APTON
Case Nos. 8:22-cv-01374-JWH-JDE, 2:22-cv-05237-JWH-JDE

| | |
|---|---|
| PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated, | No.: 2:22-cv-05237-JWH-JDE |
| | Judge: Hon. John W. Holcomb |
| Plaintiff, | |
| v. | |
| ENOCHIAN BIOSCIENCES, INC. f/k/a DANDRIT BIOTECH USA, INC., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE and LUISA PUCHE, | |
| Defendants. | |

I, ADAM M. APTON hereby declare that:

1.      I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Amanda Hollingworth ("Movant"), and proposed Lead Counsel for the class.

2.      I make this Declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in this Court on July 26, 2022.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of her lead plaintiff motion.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: September 26, 2022          */s/ Adam M. Apton*
                                   Adam M. Apton

DECLARATION OF ADAM M. APTON
Case Nos. 8:22-cv-01374-JWH-JDE, 2:22-cv-05237-JWH-JDE
3

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 75 Broadway, Suite 202, San Francisco, CA 94111. I am over the age of eighteen.

On September 26, 2022, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF AMANDA HOLLINGWORTH FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 26, 2022.

*/s/ Adam M. Apton*
Adam M. Apton