# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Amanda Hollingworth, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Enochian BioSciences, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this

Date: September 12th, 2022

Name: Amanda Hollingworth

Signature:

| Case Name | Enochian BioSciences, Inc. |
| Ticker | ENOB |
| Class Period | 01-17-2018 to 06-27-2022 |

**Client Name**

Amanda Hollingworth

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-10-2021 | P | 6 | $ 03.8300 |
| 05-10-2021 | P | 54 | $ 03.8300 |
| 05-10-2021 | P | 100 | $ 03.8300 |
| 05-10-2021 | P | 100 | $ 03.8300 |
| 05-10-2021 | P | 2 | $ 03.8100 |
| 05-10-2021 | P | 98 | $ 03.8100 |
| 05-10-2021 | P | 63 | $ 03.8100 |
| 05-10-2021 | P | 74 | $ 03.8100 |
| 05-10-2021 | P | 26 | $ 03.8100 |
| 05-10-2021 | P | 100 | $ 03.8100 |
| 05-10-2021 | P | 50 | $ 03.8100 |
| 05-10-2021 | P | 37 | $ 03.8100 |
| 05-10-2021 | P | 100 | $ 03.8100 |
| 05-10-2021 | P | 100 | $ 03.8100 |
| 05-10-2021 | P | 100 | $ 03.7700 |
| 05-10-2021 | P | 100 | $ 03.7700 |
| 05-10-2021 | P | 100 | $ 03.7700 |
| 05-10-2021 | P | 100 | $ 03.7700 |
| 05-10-2021 | P | 200 | $ 03.7900 |
| 05-13-2021 | P | 200 | $ 03.7900 |
| 05-14-2021 | P | 296 | $ 03.6900 |
| 05-14-2021 | P | 50 | $ 03.6900 |
| 05-14-2021 | P | 100 | $ 03.6900 |
| 05-14-2021 | P | 50 | $ 03.6900 |
| 05-14-2021 | P | 150 | $ 03.6900 |
| 05-14-2021 | P | 100 | $ 03.6900 |
| 05-14-2021 | P | 306 | $ 03.6900 |
| 05-14-2021 | P | 248 | $ 03.6900 |
| 06-01-2021 | P | 100 | $ 04.1100 |
| 06-01-2021 | P | 100 | $ 04.1100 |
| 06-01-2021 | P | 39 | $ 04.1100 |
| 06-01-2021 | P | 61 | $ 04.1100 |
| 06-01-2021 | P | 39 | $ 04.1100 |
| 06-01-2021 | P | 61 | $ 04.1100 |
| 06-01-2021 | P | 36 | $ 04.1100 |
| 06-01-2021 | P | 46 | $ 04.1100 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 06-01-2021 | P | 6 | $ 04.1100 |
| 06-01-2021 | P | 12 | $ 04.1100 |
| 06-01-2021 | P | 6 | $ 04.1100 |
| 06-01-2021 | P | 6 | $ 04.1100 |
| 06-01-2021 | P | 19 | $ 04.1100 |
| 06-01-2021 | P | 30 | $ 04.1100 |
| 06-02-2021 | P | 12 | $ 04.2000 |
| 06-02-2021 | P | 52 | $ 04.2000 |
| 06-02-2021 | P | 48 | $ 04.2000 |
| 06-02-2021 | P | 32 | $ 04.2000 |
| 06-02-2021 | P | 68 | $ 04.2000 |
| 06-02-2021 | P | 100 | $ 04.2000 |
| 06-02-2021 | P | 24 | $ 04.2000 |
| 06-02-2021 | P | 1 | $ 04.2000 |
| 06-02-2021 | P | 75 | $ 04.2000 |
| 06-02-2021 | P | 100 | $ 04.2000 |
| 06-02-2021 | P | 100 | $ 04.2000 |
| 06-02-2021 | P | 75 | $ 04.2000 |
| 06-02-2021 | P | 13 | $ 04.2000 |
| 06-03-2021 | P | 58 | $ 04.1100 |
| 06-03-2021 | P | 400 | $ 04.1100 |
| 06-03-2021 | P | 40 | $ 04.1100 |
| 06-03-2021 | P | 40 | $ 04.1100 |
| 06-03-2021 | P | 20 | $ 04.1100 |
| 06-03-2021 | P | 60 | $ 04.1100 |
| 06-03-2021 | P | 21 | $ 04.1100 |
| 06-08-2021 | P | 100 | $ 04.6700 |
| 06-08-2021 | P | 196 | $ 04.6700 |
| 06-08-2021 | P | 100 | $ 04.6700 |
| 06-08-2021 | P | 100 | $ 04.6700 |
| 06-08-2021 | P | 100 | $ 04.6700 |
| 06-08-2021 | P | 100 | $ 04.6700 |
| 06-08-2021 | P | 100 | $ 04.6700 |
| 06-08-2021 | P | 100 | $ 04.6700 |
| 06-08-2021 | P | 47 | $ 04.6700 |
| 06-08-2021 | P | 53 | $ 04.6700 |
| 06-08-2021 | P | 47 | $ 04.6700 |
| 06-08-2021 | P | 7 | $ 04.6700 |
| 06-11-2021 | P | 1800 | $ 04.4800 |
| 06-11-2021 | P | 400 | $ 04.4800 |
| 06-15-2021 | P | 300 | $ 07.0900 |
| 06-15-2021 | P | 300 | $ 07.0900 |
| 06-15-2021 | P | 300 | $ 07.1000 |
| 06-15-2021 | P | 200 | $ 07.1000 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 06-15-2021 | P | 500 | $ 07.1000 |
| 06-15-2021 | P | 425 | $ 07.0200 |
| 06-16-2021 | P | 100 | $ 06.1100 |
| 06-16-2021 | P | 14 | $ 06.1100 |
| 06-16-2021 | P | 84 | $ 06.1100 |
| 06-16-2021 | P | 2 | $ 06.1100 |
| 06-16-2021 | P | 98 | $ 06.1100 |
| 06-16-2021 | P | 2 | $ 06.1100 |
| 06-16-2021 | P | 100 | $ 06.1100 |
| 06-16-2021 | P | 350 | $ 06.1100 |
| 06-16-2021 | P | 40 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-16-2021 | P | 200 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-16-2021 | P | 1000 | $ 05.8300 |
| 06-16-2021 | P | 200 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-16-2021 | P | 63 | $ 05.8300 |
| 06-16-2021 | P | 69 | $ 05.8300 |
| 06-16-2021 | P | 37 | $ 05.8300 |
| 06-16-2021 | P | 32 | $ 05.8300 |
| 06-16-2021 | P | 99 | $ 05.8300 |
| 06-16-2021 | P | 1 | $ 05.8300 |
| 06-16-2021 | P | 4 | $ 05.8300 |
| 06-16-2021 | P | 95 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-16-2021 | P | 17 | $ 05.8300 |
| 06-16-2021 | P | 1 | $ 05.8300 |
| 06-16-2021 | P | 4 | $ 05.8300 |
| 06-16-2021 | P | 78 | $ 05.8300 |
| 06-16-2021 | P | 100 | $ 05.8300 |
| 06-17-2021 | P | 40 | $ 05.7500 |
| 06-17-2021 | P | 100 | $ 05.7500 |
| 06-17-2021 | P | 100 | $ 05.7500 |
| 06-17-2021 | P | 100 | $ 05.7500 |
| 06-17-2021 | P | 100 | $ 05.7500 |
| 06-17-2021 | P | 300 | $ 05.7500 |
| 06-17-2021 | P | 1 | $ 05.7500 |
| 06-17-2021 | P | 99 | $ 05.7500 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 06-17-2021 | P | 1 | $ 05.7500 |
| 06-17-2021 | P | 99 | $ 05.7500 |
| 06-17-2021 | P | 100 | $ 05.7500 |
| 06-21-2021 | P | 200 | $ 05.9700 |
| 06-21-2021 | P | 100 | $ 05.9700 |
| 06-21-2021 | P | 100 | $ 05.9700 |
| 06-21-2021 | P | 100 | $ 05.9700 |
| 06-21-2021 | P | 100 | $ 05.9700 |
| 06-21-2021 | P | 90 | $ 05.9700 |
| 06-21-2021 | P | 100 | $ 05.9700 |
| 06-21-2021 | P | 100 | $ 05.9700 |
| 06-21-2021 | P | 100 | $ 05.9700 |
| 06-22-2021 | P | 400 | $ 05.5000 |
| 06-22-2021 | P | 99 | $ 05.4900 |
| 06-22-2021 | P | 180 | $ 05.5000 |
| 06-22-2021 | P | 2 | $ 05.5000 |
| 06-22-2021 | P | 2 | $ 05.5000 |
| 06-22-2021 | P | 2 | $ 05.5000 |
| 06-22-2021 | P | 2 | $ 05.5000 |
| 06-22-2021 | P | 100 | $ 05.5100 |
| 06-22-2021 | P | 100 | $ 05.5100 |
| 06-22-2021 | P | 4 | $ 05.5100 |
| 06-22-2021 | P | 96 | $ 05.5100 |
| 06-22-2021 | P | 4 | $ 05.5100 |
| 06-22-2021 | P | 9 | $ 05.5100 |
| 06-22-2021 | P | 300 | $ 05.5100 |
| 06-23-2021 | P | 300 | $ 05.4500 |
| 06-23-2021 | P | 95 | $ 05.4500 |
| 06-23-2021 | P | 95 | $ 05.4500 |
| 06-23-2021 | P | 100 | $ 05.4500 |
| 06-23-2021 | P | 91 | $ 05.4500 |
| 06-23-2021 | P | 50 | $ 05.4500 |
| 06-23-2021 | P | 50 | $ 05.4500 |
| 06-23-2021 | P | 9 | $ 05.4500 |
| 06-23-2021 | P | 5 | $ 05.4500 |
| 06-23-2021 | P | 100 | $ 05.4500 |
| 06-23-2021 | P | 14 | $ 05.4500 |
| 06-23-2021 | P | 86 | $ 05.4500 |
| 06-23-2021 | P | 80 | $ 05.4500 |
| 06-23-2021 | P | 20 | $ 05.4500 |
| 06-25-2021 | P | 149 | $ 05.7600 |
| 06-25-2021 | P | 30 | $ 05.7600 |
| 06-25-2021 | P | 75 | $ 05.7600 |
| 06-25-2021 | P | 786 | $ 05.7600 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 06-28-2021 | P | 100 | $ 05.5400 |
| 06-28-2021 | P | 100 | $ 05.5400 |
| 06-28-2021 | P | 100 | $ 05.5400 |
| 06-28-2021 | P | 100 | $ 05.5400 |
| 06-28-2021 | P | 100 | $ 05.5400 |
| 06-28-2021 | P | 63 | $ 05.5400 |
| 06-28-2021 | P | 66 | $ 05.5400 |
| 06-28-2021 | P | 37 | $ 05.5400 |
| 06-28-2021 | P | 63 | $ 05.5400 |
| 06-28-2021 | P | 234 | $ 05.5400 |
| 06-28-2021 | P | 66 | $ 05.5400 |
| 06-28-2021 | P | 37 | $ 05.5400 |
| 06-28-2021 | P | 100 | $ 05.5400 |
| 06-28-2021 | P | 100 | $ 05.5400 |
| 06-28-2021 | P | 100 | $ 05.5400 |
| 06-28-2021 | P | 37 | $ 05.5400 |
| 06-28-2021 | P | 37 | $ 05.5400 |
| 06-28-2021 | P | 26 | $ 05.5400 |
| 06-28-2021 | P | 100 | $ 05.5300 |
| 06-28-2021 | P | 100 | $ 05.5300 |
| 06-28-2021 | P | 334 | $ 05.5400 |
| 06-30-2021 | P | 2400 | $ 05.1400 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 40 | $ 05.0200 |
| 07-01-2021 | P | 64 | $ 05.0200 |
| 07-01-2021 | P | 5 | $ 05.0200 |
| 07-01-2021 | P | 2 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 39 | $ 05.0200 |
| 07-01-2021 | P | 49 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 50 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 66 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 82 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 18 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 133 | $ 05.0200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-01-2021 | P | 100 | $ 05.0150 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 90 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 300 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 10 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 30 | $ 05.0200 |
| 07-01-2021 | P | 170 | $ 05.0200 |
| 07-01-2021 | P | 300 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-01-2021 | P | 52 | $ 05.0200 |
| 07-01-2021 | P | 100 | $ 05.0200 |
| 07-06-2021 | P | 56 | $ 04.9100 |
| 07-06-2021 | P | 10 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 90 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 44 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 25 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 25 | $ 04.9200 |
| 07-06-2021 | P | 25 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 75 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 110 | $ 04.9200 |
| 07-06-2021 | P | 109 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |
| 07-06-2021 | P | 34 | $ 04.9200 |
| 07-06-2021 | P | 100 | $ 04.9200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-06-2021 | P | 197 | $ 04.9200 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 96 | $ 05.0500 |
| 07-09-2021 | P | 4 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 55 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 45 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 73 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-09-2021 | P | 27 | $ 05.0500 |
| 07-09-2021 | P | 100 | $ 05.0500 |
| 07-13-2021 | P | 40 | $ 04.9000 |
| 07-13-2021 | P | 100 | $ 04.9000 |
| 07-13-2021 | P | 100 | $ 04.9000 |
| 07-13-2021 | P | 100 | $ 04.9000 |
| 07-16-2021 | P | 1300 | $ 04.5300 |
| 07-16-2021 | P | 112 | $ 04.5300 |
| 07-16-2021 | P | 1100 | $ 04.5300 |
| 07-16-2021 | P | 88 | $ 04.5300 |
| 08-31-2021 | P | 1 | $ 07.3100 |
| 08-31-2021 | P | 22 | $ 07.3100 |
| 08-31-2021 | P | 77 | $ 07.3100 |
| 08-31-2021 | P | 23 | $ 07.3100 |
| 08-31-2021 | P | 5 | $ 07.3100 |
| 08-31-2021 | P | 72 | $ 07.3100 |
| 08-31-2021 | P | 100 | $ 07.3100 |
| 08-31-2021 | P | 1 | $ 07.3100 |
| 09-01-2021 | P | 455 | $ 07.3700 |
| 09-01-2021 | P | 800 | $ 07.3700 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-01-2021 | P | 45 | $ 07.3700 |
| 09-17-2021 | P | 100 | $ 07.3400 |
| 09-17-2021 | P | 100 | $ 07.3400 |
| 09-17-2021 | P | 120 | $ 07.3400 |
| 11-18-2021 | P | 11 | $ 10.7000 |
| 11-18-2021 | P | 100 | $ 10.7000 |
| 11-18-2021 | P | 60 | $ 10.7000 |
| 11-18-2021 | P | 70 | $ 10.7000 |
| 11-18-2021 | P | 87 | $ 10.7000 |
| 11-18-2021 | P | 15 | $ 10.7000 |
| 11-18-2021 | P | 4 | $ 10.7000 |
| 11-18-2021 | P | 183 | $ 10.7100 |
| 12-03-2021 | P | 100 | $ 09.4400 |
| 12-03-2021 | P | 30 | $ 09.4400 |
| 12-06-2021 | P | 400 | $ 09.9900 |
| 12-06-2021 | P | 50 | $ 09.9900 |
| 12-14-2021 | P | 100 | $ 08.5200 |
| 12-14-2021 | P | 100 | $ 08.5200 |
| 12-14-2021 | P | 330 | $ 08.5300 |
| 12-20-2021 | P | 420 | $ 07.4200 |
| 01-06-2022 | P | 84 | $ 06.7700 |
| 01-06-2022 | P | 100 | $ 06.7700 |
| 01-06-2022 | P | 99 | $ 06.7700 |
| 01-06-2022 | P | 417 | $ 06.7700 |
| 01-21-2022 | P | 460 | $ 04.8500 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -300 | $ 07.9200 |
| 03-18-2022 | S | -300 | $ 07.9200 |
| 03-18-2022 | S | -67 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -87 | $ 07.9200 |
| 03-18-2022 | S | -213 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -87 | $ 07.9200 |
| 03-18-2022 | S | -72 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -28 | $ 07.9200 |
| 03-18-2022 | S | -72 | $ 07.9200 |
| 03-18-2022 | S | -28 | $ 07.9200 |
| 03-18-2022 | S | -72 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -28 | $ 07.9200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-18-2022 | S | -27 | $ 07.9200 |
| 03-18-2022 | S | -73 | $ 07.9200 |
| 03-18-2022 | S | -27 | $ 07.9200 |
| 03-18-2022 | S | -200 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -200 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -300 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -73 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -229 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -34 | $ 07.9200 |
| 03-18-2022 | S | -66 | $ 07.9200 |
| 03-18-2022 | S | -50 | $ 07.9200 |
| 03-18-2022 | S | -66 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -12 | $ 07.9200 |
| 03-18-2022 | S | -88 | $ 07.9200 |
| 03-18-2022 | S | -12 | $ 07.9200 |
| 03-18-2022 | S | -40 | $ 07.9200 |
| 03-18-2022 | S | -48 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -4 | $ 07.9200 |
| 03-18-2022 | S | -4 | $ 07.9200 |
| 03-18-2022 | S | -16 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -12 | $ 07.9200 |
| 03-18-2022 | S | -192 | $ 07.9200 |
| 03-18-2022 | S | -89 | $ 07.9200 |
| 03-18-2022 | S | -11 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -3 | $ 07.9200 |
| 03-18-2022 | S | -9 | $ 07.9200 |
| 03-18-2022 | S | -69 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -20 | $ 07.9200 |
| 03-18-2022 | S | -5 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -14 | $ 07.9200 |
| 03-18-2022 | S | -3 | $ 07.9200 |
| 03-18-2022 | S | -3 | $ 07.9200 |
| 03-18-2022 | S | -3 | $ 07.9200 |
| 03-18-2022 | S | -77 | $ 07.9200 |
| 03-18-2022 | S | -75 | $ 07.9200 |
| 03-18-2022 | S | -25 | $ 07.9200 |
| 03-18-2022 | S | -75 | $ 07.9200 |
| 03-18-2022 | S | -55 | $ 07.9200 |
| 03-18-2022 | S | -63 | $ 07.9200 |
| 03-18-2022 | S | -37 | $ 07.9200 |
| 03-18-2022 | S | -21 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -2 | $ 07.9200 |
| 03-18-2022 | S | -8 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -16 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -5 | $ 07.9200 |
| 03-18-2022 | S | -17 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -32 | $ 07.9200 |
| 03-18-2022 | S | -43 | $ 07.9200 |
| 03-18-2022 | S | -94 | $ 07.9200 |
| 03-18-2022 | S | -6 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -25 | $ 07.9200 |
| 03-18-2022 | S | -6 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -10 | $ 07.9200 |
| 03-18-2022 | S | -5 | $ 07.9200 |
| 03-18-2022 | S | -40 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -60 | $ 07.9200 |
| 03-18-2022 | S | -40 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -30 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -60 | $ 07.9200 |
| 03-18-2022 | S | -40 | $ 07.9200 |
| 03-18-2022 | S | -2 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -70 | $ 07.9200 |
| 03-18-2022 | S | -30 | $ 07.9200 |
| 03-18-2022 | S | -70 | $ 07.9200 |
| 03-18-2022 | S | -5 | $ 07.9200 |
| 03-18-2022 | S | -5 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -25 | $ 07.9200 |
| 03-18-2022 | S | -94 | $ 07.9200 |
| 03-18-2022 | S | -6 | $ 07.9200 |
| 03-18-2022 | S | -94 | $ 07.9200 |
| 03-18-2022 | S | -30 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -71 | $ 07.9200 |
| 03-18-2022 | S | -6 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -30 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -42 | $ 07.9200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-18-2022 | S | -58 | $ 07.9200 |
| 03-18-2022 | S | -86 | $ 07.9200 |
| 03-18-2022 | S | -14 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -19 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -79 | $ 07.9200 |
| 03-18-2022 | S | -66 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -21 | $ 07.9200 |
| 03-18-2022 | S | -62 | $ 07.9200 |
| 03-18-2022 | S | -17 | $ 07.9200 |
| 03-18-2022 | S | -62 | $ 07.9200 |
| 03-18-2022 | S | -38 | $ 07.9200 |
| 03-18-2022 | S | -41 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -23 | $ 07.9200 |
| 03-18-2022 | S | -77 | $ 07.9200 |
| 03-18-2022 | S | -24 | $ 07.9200 |
| 03-18-2022 | S | -76 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -99 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -30 | $ 07.9200 |
| 03-18-2022 | S | -69 | $ 07.9200 |
| 03-18-2022 | S | -31 | $ 07.9200 |
| 03-18-2022 | S | -15 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -38 | $ 07.9200 |
| 03-18-2022 | S | -9 | $ 07.9200 |
| 03-18-2022 | S | -4 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -10 | $ 07.9200 |
| 03-18-2022 | S | -10 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -90 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -10 | $ 07.9200 |
| 03-18-2022 | S | -90 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -11 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -99 | $ 07.9200 |
| 03-18-2022 | S | -1 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -67 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -17 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -6 | $ 07.9200 |
| 03-18-2022 | S | -51 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -400 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -212 | $ 07.9200 |
| 03-18-2022 | S | -43 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -1400 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -2010 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 03-18-2022 | S | -100 | $ 07.9200 |
| 04-25-2022 | P | 67 | $ 06.9200 |
| 04-25-2022 | P | 37 | $ 06.9200 |
| 04-25-2022 | P | 33 | $ 06.9200 |
| 04-25-2022 | P | 2 | $ 06.9200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 04-25-2022 | P | 98 | $ 06.9200 |
| 04-25-2022 | P | 63 | $ 06.9200 |
| 04-25-2022 | P | 92 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 8 | $ 06.9200 |
| 04-25-2022 | P | 92 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 8 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 25 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 91 | $ 06.9200 |
| 04-25-2022 | P | 9 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 43 | $ 06.9200 |
| 04-25-2022 | P | 9 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 23 | $ 06.9200 |
| 04-25-2022 | P | 100 | $ 06.9200 |
| 04-25-2022 | P | 98 | $ 06.9200 |
| 04-25-2022 | P | 2 | $ 06.9200 |
| 04-25-2022 | P | 82 | $ 06.9200 |
| 04-25-2022 | P | 15 | $ 06.9200 |
| 04-25-2022 | P | 3 | $ 06.9200 |
| 05-09-2022 | P | 5 | $ 06.3900 |
| 05-09-2022 | P | 34 | $ 06.4100 |
| 05-09-2022 | P | 2 | $ 06.4100 |
| 05-10-2022 | P | 100 | $ 06.4600 |
| 05-10-2022 | P | 50 | $ 06.4600 |
| 05-10-2022 | P | 600 | $ 06.4600 |
| 05-10-2022 | P | 33 | $ 06.4600 |
| 05-10-2022 | P | 217 | $ 06.4600 |
| 05-10-2022 | P | 1000 | $ 05.5700 |
| 05-11-2022 | P | 100 | $ 05.7000 |
| 05-11-2022 | P | 62 | $ 05.7000 |
| 05-11-2022 | P | 100 | $ 05.7000 |
| 05-11-2022 | P | 100 | $ 05.7100 |
| 05-11-2022 | P | 12 | $ 05.7400 |
| 05-11-2022 | P | 100 | $ 05.7400 |
| 05-11-2022 | P | 53 | $ 05.7400 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-11-2022 | P | 88 | $ 05.7400 |
| 05-11-2022 | P | 30 | $ 05.7400 |
| 05-11-2022 | P | 35 | $ 05.7400 |
| 05-11-2022 | P | 70 | $ 05.7400 |
| 05-11-2022 | P | 60 | $ 05.7400 |
| 05-11-2022 | P | 100 | $ 05.7400 |
| 05-11-2022 | P | 69 | $ 05.7400 |
| 05-11-2022 | P | 47 | $ 05.7400 |
| 05-11-2022 | P | 31 | $ 05.7400 |
| 05-11-2022 | P | 69 | $ 05.7400 |
| 05-11-2022 | P | 31 | $ 05.7400 |
| 05-11-2022 | P | 39 | $ 05.7400 |
| 05-11-2022 | P | 70 | $ 05.7400 |
| 05-11-2022 | P | 100 | $ 05.7400 |
| 05-11-2022 | P | 96 | $ 05.7400 |
| 05-11-2022 | P | 26 | $ 05.7400 |
| 05-11-2022 | P | 26 | $ 05.7400 |
| 05-11-2022 | P | 100 | $ 05.7400 |
| 05-11-2022 | P | 26 | $ 05.7400 |
| 05-11-2022 | P | 26 | $ 05.7400 |
| 05-11-2022 | P | 74 | $ 05.7400 |
| 05-11-2022 | P | 74 | $ 05.7400 |
| 05-11-2022 | P | 74 | $ 05.7400 |
| 05-11-2022 | P | 12 | $ 05.7400 |
| 05-11-2022 | P | 100 | $ 05.7400 |
| 05-19-2022 | P | 1000 | $ 05.9000 |
| 05-26-2022 | P | 1194 | $ 03.8000 |
| 05-26-2022 | P | 1513 | $ 03.8000 |
| 05-26-2022 | P | 18 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 55 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 57 | $ 04.1900 |
| 05-26-2022 | P | 199 | $ 04.1900 |
| 05-26-2022 | P | 25 | $ 04.1900 |
| 05-26-2022 | P | 65 | $ 04.1900 |
| 05-26-2022 | P | 10 | $ 04.1900 |
| 05-26-2022 | P | 10 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 27 | $ 04.1900 |
| 05-26-2022 | P | 75 | $ 04.1900 |
| 05-26-2022 | P | 35 | $ 04.1900 |
| 05-26-2022 | P | 6 | $ 04.1900 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 52 | $ 04.1900 |
| 05-26-2022 | P | 52 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 35 | $ 04.1900 |
| 05-26-2022 | P | 57 | $ 04.1900 |
| 05-26-2022 | P | 31 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 70 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 30 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 31 | $ 04.1900 |
| 05-26-2022 | P | 48 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 43 | $ 04.1900 |
| 05-26-2022 | P | 30 | $ 04.1900 |
| 05-26-2022 | P | 5 | $ 04.1900 |
| 05-26-2022 | P | 1 | $ 04.1900 |
| 05-26-2022 | P | 19 | $ 04.1900 |
| 05-26-2022 | P | 120 | $ 04.1900 |
| 05-26-2022 | P | 19 | $ 04.1900 |
| 05-26-2022 | P | 19 | $ 04.1900 |
| 05-26-2022 | P | 81 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 8 | $ 04.1900 |
| 05-26-2022 | P | 92 | $ 04.1900 |
| 05-26-2022 | P | 8 | $ 04.1900 |
| 05-26-2022 | P | 67 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |
| 05-26-2022 | P | 100 | $ 04.1900 |