1 Robert V. Prongay (SBN 270796)
   *rprongay@glancylaw.com*
2 Charles Linehan (SBN 307439)
   *clinehan@glancylaw.com*
3 Pavithra Rajesh (SBN 323055)
   *prajesh@glancylaw.com*
4 **GLANCY PRONGAY & MURRAY LLP**
   1925 Century Park East, Suite 2100
5 Los Angeles, California 90067
   Telephone: (310) 201-9150
6 Facsimile: (310) 201-9160

7 *Counsel for Lead Plaintiff Movant Amanda J. Hollingworth*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENE SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>**NOTICE OF MOTION AND MOTION OF AMANDA J. HOLLINGWORTH FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date:    October 28, 2022<br>Time:   9:00 a.m.<br>Crtrm.: 9D<br>Judge:  Hon. John W. Holcomb |
| PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC. f/k/a DANDRIT BIOTECH USA, Inc., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE, and LUISA PUCHE,<br><br>Defendants. | Case No. 2:22-cv-05237-JWH-JDE |

**TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, October 28, 2022, at 9:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable John W. Holcomb, in in Courtroom 9D of the United States District Court for the Central District of California, 411 W. 4th Street, Santa Ana, California, Amanda J. Hollingworth ("Hollingworth") will move this Court for entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Hollingworth as Lead Plaintiff; (iii) approving the Hollingworth's selection of Glancy Prongay & Murray LLP as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

This motion is brought pursuant to the Federal Rules of Civil Procedure and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

In support of this Motion, Hollingworth submits a Memorandum of Law in support thereof and the Declaration of Charles H. Linehan and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Consequently, counsel for Hollingworth have no way of knowing with certainty who, if anyone, the competing lead plaintiff candidates will be at this time. As a result, counsel for Hollingworth is unable to conference with opposing counsel as prescribed by Local

Rule 7-3, and therefore respectfully request that the conference requirement be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have standing to oppose the appointment of Hollingworth as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

DATED: September 26, 2022

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Charles Linehan*
Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movant Amanda J. Hollingworth and Proposed Lead Counsel for the Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 26, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 26, 2022, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan