# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENE SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF AMANDA J. HOLLINGWORTH FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC. f/k/a DANDRIT BIOTECH USA, Inc., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE, and LUISA PUCHE,<br><br>Defendants. | Case No. 2:22-cv-05237-JWH-JDE |

Having considered the motion of Amanda J. Hollingworth for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Enochian Biosciences Inc. Securities Litigation*, Master File No. 8:22-cv-01374-JWH-JDE;

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Amanda J. Hollingworth as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2022

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE