Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Amanda J. Hollingworth*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENE SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF AMANDA J. HOLLINGWORTH FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC. f/k/a DANDRIT BIOTECH USA, Inc., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE, and LUISA PUCHE,<br><br>Defendants. | Case No. 2:22-cv-05237-JWH-JDE |

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Amanda J. Hollingworth ("Hollingworth"), and proposed Lead Counsel for the class in the above-captioned actions. I make this declaration in support of the Motion of Amanda J. Hollingworth for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published in *Globe Newswire* on July 26, 2022, announcing the pendency of the first-filed securities class action against the Defendants herein;

Exhibit B:   Signed PSLRA Certifications of Hollingworth;

Exhibit C:   Analysis of Hollingworth's financial interest; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of September 2022, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 26, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 26, 2022, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan