# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF
## ENOCHIAN BIOSCIENCES, INC. (ENOB) SECURITIES LITIGATION

I, Amanda J. Hollingworth, certify that:

1.     I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2.     I did not purchase the Enochian Biosciences, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.     I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.     My transactions in Enochian Biosciences, Inc. securities during the period set forth in the Complaint are as follows:

       (See attached transactions)

5.     I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.     I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

25-09-2022
Date

Amanda J. Hollingworth

**Amanda J. Hollingworth's Transactions in Enochian Biosciences, Inc. (ENOB)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/10/2021 | Bought | 6 | $3.8300 |
| 5/10/2021 | Bought | 54 | $3.8300 |
| 5/10/2021 | Bought | 100 | $3.8300 |
| 5/10/2021 | Bought | 100 | $3.8300 |
| 5/10/2021 | Bought | 2 | $3.8100 |
| 5/10/2021 | Bought | 98 | $3.8100 |
| 5/10/2021 | Bought | 63 | $3.8100 |
| 5/10/2021 | Bought | 74 | $3.8100 |
| 5/10/2021 | Bought | 26 | $3.8100 |
| 5/10/2021 | Bought | 100 | $3.8100 |
| 5/10/2021 | Bought | 50 | $3.8100 |
| 5/10/2021 | Bought | 37 | $3.8100 |
| 5/10/2021 | Bought | 100 | $3.8100 |
| 5/10/2021 | Bought | 100 | $3.8100 |
| 5/10/2021 | Bought | 100 | $3.7700 |
| 5/10/2021 | Bought | 100 | $3.7700 |
| 5/10/2021 | Bought | 100 | $3.7700 |
| 5/10/2021 | Bought | 100 | $3.7700 |
| 5/10/2021 | Bought | 200 | $3.7900 |
| 5/13/2021 | Bought | 200 | $3.7900 |
| 5/14/2021 | Bought | 296 | $3.6900 |
| 5/14/2021 | Bought | 50 | $3.6900 |
| 5/14/2021 | Bought | 100 | $3.6900 |
| 5/14/2021 | Bought | 50 | $3.6900 |
| 5/14/2021 | Bought | 150 | $3.6900 |
| 5/14/2021 | Bought | 100 | $3.6900 |
| 5/14/2021 | Bought | 306 | $3.6900 |
| 5/14/2021 | Bought | 248 | $3.6900 |
| 6/1/2021 | Bought | 100 | $4.1100 |
| 6/1/2021 | Bought | 100 | $4.1100 |
| 6/1/2021 | Bought | 39 | $4.1100 |
| 6/1/2021 | Bought | 61 | $4.1100 |
| 6/1/2021 | Bought | 39 | $4.1100 |
| 6/1/2021 | Bought | 61 | $4.1100 |
| 6/1/2021 | Bought | 36 | $4.1100 |
| 6/1/2021 | Bought | 46 | $4.1100 |
| 6/1/2021 | Bought | 6 | $4.1100 |
| 6/1/2021 | Bought | 12 | $4.1100 |
| 6/1/2021 | Bought | 6 | $4.1100 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/1/2021 | Bought | 6 | $4.1100 |
| 6/1/2021 | Bought | 19 | $4.1100 |
| 6/1/2021 | Bought | 30 | $4.1100 |
| 6/2/2021 | Bought | 12 | $4.2000 |
| 6/2/2021 | Bought | 52 | $4.2000 |
| 6/2/2021 | Bought | 48 | $4.2000 |
| 6/2/2021 | Bought | 32 | $4.2000 |
| 6/2/2021 | Bought | 68 | $4.2000 |
| 6/2/2021 | Bought | 100 | $4.2000 |
| 6/2/2021 | Bought | 24 | $4.2000 |
| 6/2/2021 | Bought | 1 | $4.2000 |
| 6/2/2021 | Bought | 75 | $4.2000 |
| 6/2/2021 | Bought | 100 | $4.2000 |
| 6/2/2021 | Bought | 100 | $4.2000 |
| 6/2/2021 | Bought | 75 | $4.2000 |
| 6/2/2021 | Bought | 13 | $4.2000 |
| 6/3/2021 | Bought | 58 | $4.1100 |
| 6/3/2021 | Bought | 400 | $4.1100 |
| 6/3/2021 | Bought | 40 | $4.1100 |
| 6/3/2021 | Bought | 40 | $4.1100 |
| 6/3/2021 | Bought | 20 | $4.1100 |
| 6/3/2021 | Bought | 60 | $4.1100 |
| 6/3/2021 | Bought | 21 | $4.1100 |
| 6/8/2021 | Bought | 100 | $4.6700 |
| 6/8/2021 | Bought | 196 | $4.6700 |
| 6/8/2021 | Bought | 100 | $4.6700 |
| 6/8/2021 | Bought | 100 | $4.6700 |
| 6/8/2021 | Bought | 100 | $4.6700 |
| 6/8/2021 | Bought | 100 | $4.6700 |
| 6/8/2021 | Bought | 100 | $4.6700 |
| 6/8/2021 | Bought | 100 | $4.6700 |
| 6/8/2021 | Bought | 47 | $4.6700 |
| 6/8/2021 | Bought | 53 | $4.6700 |
| 6/8/2021 | Bought | 47 | $4.6700 |
| 6/8/2021 | Bought | 7 | $4.6700 |
| 6/11/2021 | Bought | 1,800 | $4.4800 |
| 6/11/2021 | Bought | 400 | $4.4800 |
| 6/15/2021 | Bought | 300 | $7.0900 |
| 6/15/2021 | Bought | 300 | $7.0900 |
| 6/15/2021 | Bought | 300 | $7.1000 |
| 6/15/2021 | Bought | 200 | $7.1000 |
| 6/15/2021 | Bought | 500 | $7.1000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/15/2021 | Bought | 425 | $7.0200 |
| 6/16/2021 | Bought | 100 | $6.1100 |
| 6/16/2021 | Bought | 14 | $6.1100 |
| 6/16/2021 | Bought | 84 | $6.1100 |
| 6/16/2021 | Bought | 2 | $6.1100 |
| 6/16/2021 | Bought | 98 | $6.1100 |
| 6/16/2021 | Bought | 2 | $6.1100 |
| 6/16/2021 | Bought | 100 | $6.1100 |
| 6/16/2021 | Bought | 350 | $6.1100 |
| 6/16/2021 | Bought | 40 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/16/2021 | Bought | 200 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/16/2021 | Bought | 1,000 | $5.8300 |
| 6/16/2021 | Bought | 200 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/16/2021 | Bought | 63 | $5.8300 |
| 6/16/2021 | Bought | 69 | $5.8300 |
| 6/16/2021 | Bought | 37 | $5.8300 |
| 6/16/2021 | Bought | 32 | $5.8300 |
| 6/16/2021 | Bought | 99 | $5.8300 |
| 6/16/2021 | Bought | 1 | $5.8300 |
| 6/16/2021 | Bought | 4 | $5.8300 |
| 6/16/2021 | Bought | 95 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/16/2021 | Bought | 17 | $5.8300 |
| 6/16/2021 | Bought | 1 | $5.8300 |
| 6/16/2021 | Bought | 4 | $5.8300 |
| 6/16/2021 | Bought | 78 | $5.8300 |
| 6/16/2021 | Bought | 100 | $5.8300 |
| 6/17/2021 | Bought | 40 | $5.7500 |
| 6/17/2021 | Bought | 100 | $5.7500 |
| 6/17/2021 | Bought | 100 | $5.7500 |
| 6/17/2021 | Bought | 100 | $5.7500 |
| 6/17/2021 | Bought | 100 | $5.7500 |
| 6/17/2021 | Bought | 300 | $5.7500 |
| 6/17/2021 | Bought | 1 | $5.7500 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/17/2021 | Bought | 99 | $5.7500 |
| 6/17/2021 | Bought | 1 | $5.7500 |
| 6/17/2021 | Bought | 99 | $5.7500 |
| 6/17/2021 | Bought | 100 | $5.7500 |
| 6/21/2021 | Bought | 200 | $5.9700 |
| 6/21/2021 | Bought | 100 | $5.9700 |
| 6/21/2021 | Bought | 100 | $5.9700 |
| 6/21/2021 | Bought | 100 | $5.9700 |
| 6/21/2021 | Bought | 100 | $5.9700 |
| 6/21/2021 | Bought | 90 | $5.9700 |
| 6/21/2021 | Bought | 100 | $5.9700 |
| 6/21/2021 | Bought | 100 | $5.9700 |
| 6/21/2021 | Bought | 100 | $5.9700 |
| 6/22/2021 | Bought | 400 | $5.5000 |
| 6/22/2021 | Bought | 99 | $5.4900 |
| 6/22/2021 | Bought | 180 | $5.5000 |
| 6/22/2021 | Bought | 2 | $5.5000 |
| 6/22/2021 | Bought | 2 | $5.5000 |
| 6/22/2021 | Bought | 2 | $5.5000 |
| 6/22/2021 | Bought | 2 | $5.5000 |
| 6/22/2021 | Bought | 100 | $5.5100 |
| 6/22/2021 | Bought | 100 | $5.5100 |
| 6/22/2021 | Bought | 4 | $5.5100 |
| 6/22/2021 | Bought | 96 | $5.5100 |
| 6/22/2021 | Bought | 4 | $5.5100 |
| 6/22/2021 | Bought | 9 | $5.5100 |
| 6/22/2021 | Bought | 300 | $5.5100 |
| 6/23/2021 | Bought | 300 | $5.4500 |
| 6/23/2021 | Bought | 95 | $5.4500 |
| 6/23/2021 | Bought | 95 | $5.4500 |
| 6/23/2021 | Bought | 100 | $5.4500 |
| 6/23/2021 | Bought | 91 | $5.4500 |
| 6/23/2021 | Bought | 50 | $5.4500 |
| 6/23/2021 | Bought | 50 | $5.4500 |
| 6/23/2021 | Bought | 9 | $5.4500 |
| 6/23/2021 | Bought | 5 | $5.4500 |
| 6/23/2021 | Bought | 100 | $5.4500 |
| 6/23/2021 | Bought | 14 | $5.4500 |
| 6/23/2021 | Bought | 86 | $5.4500 |
| 6/23/2021 | Bought | 80 | $5.4500 |
| 6/23/2021 | Bought | 20 | $5.4500 |
| 6/25/2021 | Bought | 149 | $5.7600 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/25/2021 | Bought | 30 | $5.7600 |
| 6/25/2021 | Bought | 75 | $5.7600 |
| 6/25/2021 | Bought | 786 | $5.7600 |
| 6/28/2021 | Bought | 100 | $5.5400 |
| 6/28/2021 | Bought | 100 | $5.5400 |
| 6/28/2021 | Bought | 100 | $5.5400 |
| 6/28/2021 | Bought | 100 | $5.5400 |
| 6/28/2021 | Bought | 100 | $5.5400 |
| 6/28/2021 | Bought | 63 | $5.5400 |
| 6/28/2021 | Bought | 66 | $5.5400 |
| 6/28/2021 | Bought | 37 | $5.5400 |
| 6/28/2021 | Bought | 63 | $5.5400 |
| 6/28/2021 | Bought | 234 | $5.5400 |
| 6/28/2021 | Bought | 66 | $5.5400 |
| 6/28/2021 | Bought | 37 | $5.5400 |
| 6/28/2021 | Bought | 100 | $5.5400 |
| 6/28/2021 | Bought | 100 | $5.5400 |
| 6/28/2021 | Bought | 100 | $5.5400 |
| 6/28/2021 | Bought | 37 | $5.5400 |
| 6/28/2021 | Bought | 37 | $5.5400 |
| 6/28/2021 | Bought | 26 | $5.5400 |
| 6/28/2021 | Bought | 100 | $5.5300 |
| 6/28/2021 | Bought | 100 | $5.5300 |
| 6/28/2021 | Bought | 334 | $5.5400 |
| 6/30/2021 | Bought | 2,400 | $5.1400 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 40 | $5.0200 |
| 7/1/2021 | Bought | 64 | $5.0200 |
| 7/1/2021 | Bought | 5 | $5.0200 |
| 7/1/2021 | Bought | 2 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 39 | $5.0200 |
| 7/1/2021 | Bought | 49 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 50 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 66 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/1/2021 | Bought | 82 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 18 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 133 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0150 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 90 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 300 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 10 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 30 | $5.0200 |
| 7/1/2021 | Bought | 170 | $5.0200 |
| 7/1/2021 | Bought | 300 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/1/2021 | Bought | 52 | $5.0200 |
| 7/1/2021 | Bought | 100 | $5.0200 |
| 7/6/2021 | Bought | 56 | $4.9100 |
| 7/6/2021 | Bought | 10 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 90 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 44 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 25 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 25 | $4.9200 |
| 7/6/2021 | Bought | 25 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 75 | $4.9200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 110 | $4.9200 |
| 7/6/2021 | Bought | 109 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 34 | $4.9200 |
| 7/6/2021 | Bought | 100 | $4.9200 |
| 7/6/2021 | Bought | 197 | $4.9200 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 96 | $5.0500 |
| 7/9/2021 | Bought | 4 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 55 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 45 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 73 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/9/2021 | Bought | 27 | $5.0500 |
| 7/9/2021 | Bought | 100 | $5.0500 |
| 7/13/2021 | Bought | 40 | $4.9000 |
| 7/13/2021 | Bought | 100 | $4.9000 |
| 7/13/2021 | Bought | 100 | $4.9000 |
| 7/13/2021 | Bought | 100 | $4.9000 |
| 7/16/2021 | Bought | 1,300 | $4.5300 |
| 7/16/2021 | Bought | 112 | $4.5300 |
| 7/16/2021 | Bought | 1,100 | $4.5300 |
| 7/16/2021 | Bought | 88 | $4.5300 |
| 8/31/2021 | Bought | 1 | $7.3100 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/31/2021 | Bought | 22 | $7.3100 |
| 8/31/2021 | Bought | 77 | $7.3100 |
| 8/31/2021 | Bought | 23 | $7.3100 |
| 8/31/2021 | Bought | 5 | $7.3100 |
| 8/31/2021 | Bought | 72 | $7.3100 |
| 8/31/2021 | Bought | 100 | $7.3100 |
| 8/31/2021 | Bought | 1 | $7.3100 |
| 9/1/2021 | Bought | 455 | $7.3700 |
| 9/1/2021 | Bought | 800 | $7.3700 |
| 9/1/2021 | Bought | 45 | $7.3700 |
| 9/17/2021 | Bought | 100 | $7.3400 |
| 9/17/2021 | Bought | 100 | $7.3400 |
| 9/17/2021 | Bought | 120 | $7.3400 |
| 11/18/2021 | Bought | 11 | $10.7000 |
| 11/18/2021 | Bought | 100 | $10.7000 |
| 11/18/2021 | Bought | 60 | $10.7000 |
| 11/18/2021 | Bought | 70 | $10.7000 |
| 11/18/2021 | Bought | 87 | $10.7000 |
| 11/18/2021 | Bought | 15 | $10.7000 |
| 11/18/2021 | Bought | 4 | $10.7000 |
| 11/18/2021 | Bought | 183 | $10.7100 |
| 12/3/2021 | Bought | 100 | $9.4400 |
| 12/3/2021 | Bought | 30 | $9.4400 |
| 12/6/2021 | Bought | 400 | $9.9900 |
| 12/6/2021 | Bought | 50 | $9.9900 |
| 12/14/2021 | Bought | 100 | $8.5200 |
| 12/14/2021 | Bought | 100 | $8.5200 |
| 12/14/2021 | Bought | 330 | $8.5300 |
| 12/20/2021 | Bought | 420 | $7.4200 |
| 1/6/2022 | Bought | 84 | $6.7700 |
| 1/6/2022 | Bought | 100 | $6.7700 |
| 1/6/2022 | Bought | 99 | $6.7700 |
| 1/6/2022 | Bought | 417 | $6.7700 |
| 1/21/2022 | Bought | 460 | $4.8500 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -300 | $7.9200 |
| 3/18/2022 | Sold | -300 | $7.9200 |
| 3/18/2022 | Sold | -67 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -87 | $7.9200 |
| 3/18/2022 | Sold | -213 | $7.9200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -87 | $7.9200 |
| 3/18/2022 | Sold | -72 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -28 | $7.9200 |
| 3/18/2022 | Sold | -72 | $7.9200 |
| 3/18/2022 | Sold | -28 | $7.9200 |
| 3/18/2022 | Sold | -72 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -28 | $7.9200 |
| 3/18/2022 | Sold | -27 | $7.9200 |
| 3/18/2022 | Sold | -73 | $7.9200 |
| 3/18/2022 | Sold | -27 | $7.9200 |
| 3/18/2022 | Sold | -200 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -200 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -300 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -73 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -229 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -34 | $7.9200 |
| 3/18/2022 | Sold | -66 | $7.9200 |
| 3/18/2022 | Sold | -50 | $7.9200 |
| 3/18/2022 | Sold | -66 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -12 | $7.9200 |
| 3/18/2022 | Sold | -88 | $7.9200 |
| 3/18/2022 | Sold | -12 | $7.9200 |
| 3/18/2022 | Sold | -40 | $7.9200 |
| 3/18/2022 | Sold | -48 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/18/2022 | Sold | -4 | $7.9200 |
| 3/18/2022 | Sold | -4 | $7.9200 |
| 3/18/2022 | Sold | -16 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -12 | $7.9200 |
| 3/18/2022 | Sold | -192 | $7.9200 |
| 3/18/2022 | Sold | -89 | $7.9200 |
| 3/18/2022 | Sold | -11 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -3 | $7.9200 |
| 3/18/2022 | Sold | -9 | $7.9200 |
| 3/18/2022 | Sold | -69 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -20 | $7.9200 |
| 3/18/2022 | Sold | -5 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -14 | $7.9200 |
| 3/18/2022 | Sold | -3 | $7.9200 |
| 3/18/2022 | Sold | -3 | $7.9200 |
| 3/18/2022 | Sold | -3 | $7.9200 |
| 3/18/2022 | Sold | -77 | $7.9200 |
| 3/18/2022 | Sold | -75 | $7.9200 |
| 3/18/2022 | Sold | -25 | $7.9200 |
| 3/18/2022 | Sold | -75 | $7.9200 |
| 3/18/2022 | Sold | -55 | $7.9200 |
| 3/18/2022 | Sold | -63 | $7.9200 |
| 3/18/2022 | Sold | -37 | $7.9200 |
| 3/18/2022 | Sold | -21 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -2 | $7.9200 |
| 3/18/2022 | Sold | -8 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -16 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -5 | $7.9200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/18/2022 | Sold | -17 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -32 | $7.9200 |
| 3/18/2022 | Sold | -43 | $7.9200 |
| 3/18/2022 | Sold | -94 | $7.9200 |
| 3/18/2022 | Sold | -6 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -25 | $7.9200 |
| 3/18/2022 | Sold | -6 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -10 | $7.9200 |
| 3/18/2022 | Sold | -5 | $7.9200 |
| 3/18/2022 | Sold | -40 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -60 | $7.9200 |
| 3/18/2022 | Sold | -40 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -30 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -60 | $7.9200 |
| 3/18/2022 | Sold | -40 | $7.9200 |
| 3/18/2022 | Sold | -2 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -70 | $7.9200 |
| 3/18/2022 | Sold | -30 | $7.9200 |
| 3/18/2022 | Sold | -70 | $7.9200 |
| 3/18/2022 | Sold | -5 | $7.9200 |
| 3/18/2022 | Sold | -5 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/18/2022 | Sold | -25 | $7.9200 |
| 3/18/2022 | Sold | -94 | $7.9200 |
| 3/18/2022 | Sold | -6 | $7.9200 |
| 3/18/2022 | Sold | -94 | $7.9200 |
| 3/18/2022 | Sold | -30 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -71 | $7.9200 |
| 3/18/2022 | Sold | -6 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -30 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -42 | $7.9200 |
| 3/18/2022 | Sold | -58 | $7.9200 |
| 3/18/2022 | Sold | -86 | $7.9200 |
| 3/18/2022 | Sold | -14 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -19 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -79 | $7.9200 |
| 3/18/2022 | Sold | -66 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -21 | $7.9200 |
| 3/18/2022 | Sold | -62 | $7.9200 |
| 3/18/2022 | Sold | -17 | $7.9200 |
| 3/18/2022 | Sold | -62 | $7.9200 |
| 3/18/2022 | Sold | -38 | $7.9200 |
| 3/18/2022 | Sold | -41 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -23 | $7.9200 |
| 3/18/2022 | Sold | -77 | $7.9200 |
| 3/18/2022 | Sold | -24 | $7.9200 |
| 3/18/2022 | Sold | -76 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/18/2022 | Sold | -99 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -30 | $7.9200 |
| 3/18/2022 | Sold | -69 | $7.9200 |
| 3/18/2022 | Sold | -31 | $7.9200 |
| 3/18/2022 | Sold | -15 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -38 | $7.9200 |
| 3/18/2022 | Sold | -9 | $7.9200 |
| 3/18/2022 | Sold | -4 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -10 | $7.9200 |
| 3/18/2022 | Sold | -10 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -90 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -10 | $7.9200 |
| 3/18/2022 | Sold | -90 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -11 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -99 | $7.9200 |
| 3/18/2022 | Sold | -1 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -67 | $7.9200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -17 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -6 | $7.9200 |
| 3/18/2022 | Sold | -51 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -400 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -212 | $7.9200 |
| 3/18/2022 | Sold | -43 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -1,400 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -2,010 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 3/18/2022 | Sold | -100 | $7.9200 |
| 4/25/2022 | Bought | 67 | $6.9200 |
| 4/25/2022 | Bought | 37 | $6.9200 |
| 4/25/2022 | Bought | 33 | $6.9200 |
| 4/25/2022 | Bought | 2 | $6.9200 |
| 4/25/2022 | Bought | 98 | $6.9200 |
| 4/25/2022 | Bought | 63 | $6.9200 |
| 4/25/2022 | Bought | 92 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 8 | $6.9200 |
| 4/25/2022 | Bought | 92 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 8 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 25 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 91 | $6.9200 |
| 4/25/2022 | Bought | 9 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 43 | $6.9200 |
| 4/25/2022 | Bought | 9 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/25/2022 | Bought | 23 | $6.9200 |
| 4/25/2022 | Bought | 100 | $6.9200 |
| 4/25/2022 | Bought | 98 | $6.9200 |
| 4/25/2022 | Bought | 2 | $6.9200 |
| 4/25/2022 | Bought | 82 | $6.9200 |
| 4/25/2022 | Bought | 15 | $6.9200 |
| 4/25/2022 | Bought | 3 | $6.9200 |
| 5/9/2022 | Bought | 5 | $6.3900 |
| 5/9/2022 | Bought | 34 | $6.4100 |
| 5/9/2022 | Bought | 2 | $6.4100 |
| 5/10/2022 | Bought | 100 | $6.4600 |
| 5/10/2022 | Bought | 50 | $6.4600 |
| 5/10/2022 | Bought | 600 | $6.4600 |
| 5/10/2022 | Bought | 33 | $6.4600 |
| 5/10/2022 | Bought | 217 | $6.4600 |
| 5/10/2022 | Bought | 1,000 | $5.5700 |
| 5/11/2022 | Bought | 100 | $5.7000 |
| 5/11/2022 | Bought | 62 | $5.7000 |
| 5/11/2022 | Bought | 100 | $5.7000 |
| 5/11/2022 | Bought | 100 | $5.7100 |
| 5/11/2022 | Bought | 12 | $5.7400 |
| 5/11/2022 | Bought | 100 | $5.7400 |
| 5/11/2022 | Bought | 53 | $5.7400 |
| 5/11/2022 | Bought | 88 | $5.7400 |
| 5/11/2022 | Bought | 30 | $5.7400 |
| 5/11/2022 | Bought | 35 | $5.7400 |
| 5/11/2022 | Bought | 70 | $5.7400 |
| 5/11/2022 | Bought | 60 | $5.7400 |
| 5/11/2022 | Bought | 100 | $5.7400 |
| 5/11/2022 | Bought | 69 | $5.7400 |
| 5/11/2022 | Bought | 47 | $5.7400 |
| 5/11/2022 | Bought | 31 | $5.7400 |
| 5/11/2022 | Bought | 69 | $5.7400 |
| 5/11/2022 | Bought | 31 | $5.7400 |
| 5/11/2022 | Bought | 39 | $5.7400 |
| 5/11/2022 | Bought | 70 | $5.7400 |
| 5/11/2022 | Bought | 100 | $5.7400 |
| 5/11/2022 | Bought | 96 | $5.7400 |
| 5/11/2022 | Bought | 26 | $5.7400 |
| 5/11/2022 | Bought | 26 | $5.7400 |
| 5/11/2022 | Bought | 100 | $5.7400 |
| 5/11/2022 | Bought | 26 | $5.7400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/11/2022 | Bought | 26 | $5.7400 |
| 5/11/2022 | Bought | 74 | $5.7400 |
| 5/11/2022 | Bought | 74 | $5.7400 |
| 5/11/2022 | Bought | 74 | $5.7400 |
| 5/11/2022 | Bought | 12 | $5.7400 |
| 5/11/2022 | Bought | 100 | $5.7400 |
| 5/19/2022 | Bought | 1,000 | $5.9000 |
| 5/26/2022 | Bought | 1,194 | $3.8000 |
| 5/26/2022 | Bought | 1,513 | $3.8000 |
| 5/26/2022 | Bought | 18 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 55 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 57 | $4.1900 |
| 5/26/2022 | Bought | 199 | $4.1900 |
| 5/26/2022 | Bought | 25 | $4.1900 |
| 5/26/2022 | Bought | 65 | $4.1900 |
| 5/26/2022 | Bought | 10 | $4.1900 |
| 5/26/2022 | Bought | 10 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 27 | $4.1900 |
| 5/26/2022 | Bought | 75 | $4.1900 |
| 5/26/2022 | Bought | 35 | $4.1900 |
| 5/26/2022 | Bought | 6 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 52 | $4.1900 |
| 5/26/2022 | Bought | 52 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 35 | $4.1900 |
| 5/26/2022 | Bought | 57 | $4.1900 |
| 5/26/2022 | Bought | 31 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 70 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 30 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 31 | $4.1900 |
| 5/26/2022 | Bought | 48 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/26/2022 | Bought | 43 | $4.1900 |
| 5/26/2022 | Bought | 30 | $4.1900 |
| 5/26/2022 | Bought | 5 | $4.1900 |
| 5/26/2022 | Bought | 1 | $4.1900 |
| 5/26/2022 | Bought | 19 | $4.1900 |
| 5/26/2022 | Bought | 120 | $4.1900 |
| 5/26/2022 | Bought | 19 | $4.1900 |
| 5/26/2022 | Bought | 19 | $4.1900 |
| 5/26/2022 | Bought | 81 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 8 | $4.1900 |
| 5/26/2022 | Bought | 92 | $4.1900 |
| 5/26/2022 | Bought | 8 | $4.1900 |
| 5/26/2022 | Bought | 67 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |
| 5/26/2022 | Bought | 100 | $4.1900 |