POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Albert Chow and*
*Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENÈ SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>NOTICE OF MOTION OF ALBERT CHOW FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>DATE: October 28, 2022<br>TIME: 9:00 a.m.<br>JUDGE: John W. Holcomb<br>CTRM: 9D, 9th Floor |

|   |   |
|---|---|
| PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>ENOCHIAN BIOSCIENCES, INC. f/k/a DANDRIT BIOTECH USA, INC., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE and LUISA PUCHE,<br><br>               Defendants. | Case No. 2:22-cv-05237-JWH-JDE |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Albert Chow ("Chow"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Chow as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Enochian BioSciences, Inc. ("Enochian") f/k/a DanDrit Biotech USA, Inc. securities between January 17, 2018 and June 27, 2022, both dates inclusive, including common stock issued by Enochian in a private placement offering on or about February 16, 2018 (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Chow submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Chow is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead

Plaintiff in the Related Actions is September 26, 2022, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Chow will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until September 27, 2022—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Chow's motion papers impracticable. Under these circumstances, Chow respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated:  September 26, 2022              Respectfully submitted,

                                        POMERANTZ LLP

                                        */s/ Jennifer Pafiti*
                                        Jennifer Pafiti (SBN 282790)
                                        1100 Glendon Avenue, 15th Floor
                                        Los Angeles, California 90024
                                        Telephone: (310) 405-7190
                                        jpafiti@pomlaw.com

                                        POMERANTZ LLP
                                        Jeremy A. Lieberman (*admitted pro hac vice*)
                                        J. Alexander Hood II (*admitted pro hac vice*)
                                        600 Third Avenue, 20th Floor
                                        New York, New York 10016
                                        Telephone: (212) 661-1100
                                        Facsimile: (917) 463-1044
                                        jalieberman@pomlaw.com
                                        ahood@pomlaw.com

                                        *Counsel for Albert Chow and*
                                        *Proposed Lead Counsel for the Class*

                                        PORTNOY LAW FIRM
                                        Lesley F. Portnoy, Esq.
                                        1800 Century Park East, Suite 600

Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Albert Chow*

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Jennifer Pafiti*
                                          Jennifer Pafiti