POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Albert Chow and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENÈ SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF ALBERT CHOW FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>DATE:  October 28, 2022<br>TIME:  9:00 a.m.<br>JUDGE:  John W. Holcomb<br>CTRM:  9D, 9th Floor |

DECLARATION - 8:22-cv-01374-JWH-JDE; 2:22-cv-05237-JWH-JDE

PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ENOCHIAN BIOSCIENCES, INC. f/k/a DANDRIT BIOTECH USA, INC., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE and LUISA PUCHE,

Defendants.

Case No. 2:22-cv-05237-JWH-JDE

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Albert Chow ("Chow"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Chow's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Assignment of claims from Jennifer C. Shen to Chow;

Exhibit B:  Chart setting forth Chow's financial interest in this litigation;

Exhibit C:  Press release published via *Globe Newswire* on July 26, 2022, announcing the pendency of the first-filed of the Related Actions;

Exhibit D:  Shareholder Certification executed by Chow;

Exhibit E:  Declaration executed by Chow; and

Exhibit F:  Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 26, 2022.

/s/ Jennifer Pafiti
Jennifer Pafiti

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti