# EXHIBIT A

# ASSIGNMENT

Jennifer C. Shen ("Assignor") hereby assigns, transfers, and sets over to Albert Chow all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase, acquisition, or sale of the securities of Enochian BioSciences, Inc.  Further, the Assignor hereby appoints Albert Chow as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Albert Chow agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Albert Chow.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _9/25/2022_____
**(Date)**

_____
**(Signature)**

DocuSigned by:

*Jennifer Shen*

C8BD30A2A52048E...

**Jennifer C. Shen**