# EXHIBIT B

**Enochian Biosciences, Inc. (ENOB)**
**Class Period: January 17, 2018 through June 27, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $2.6567 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 3/25/2021 | 1,000 | $3.7899 | ($3,790) | 7/1/2022 | (31) | $3.1707 | $98 | | | |
| Account 1 | 3/26/2021 | 950 | $3.9293 | ($3,733) | 7/1/2022 | (400) | $3.1707 | $1,268 | | | |
| Account 1 | 3/26/2021 | 50 | $3.9300 | ($197) | 7/1/2022 | (769) | $3.1707 | $2,438 | | | |
| Account 1 | | | | $0 | 7/1/2022 | (700) | $3.1707 | $2,219 | | | |
| Account 1 | | | | | 7/1/2022 | (100) | $3.1707 | $317 | | | |
| **Account 1** | | **2,000** | | **($7,719)** | | **(2,000)** | | **$6,341** | **2,000** | **$0** | **($1,378)** |
| | | | | | | | | | | | |
| Account 2 | 6/14/2021 | 268 | $9.0700 | ($2,431) | 7/1/2022 | (500) | $3.1707 | $1,585 | | | |
| Account 2 | 6/14/2021 | 232 | $9.0700 | ($2,104) | | | | | | | |
| **Account 2** | | **500** | | **($4,535)** | | **(500)** | | **$1,585** | **500** | **$0** | **($2,950)** |
| | | | | | | | | | | | |
| **Albert Chow** | | **2,500** | | **($12,254)** | | **(2,500)** | | **$7,927** | **2,500** | | **($4,328)** |

*Avg Closing Prices from June 28, 2022 to August 29, 2022