**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff Jean-Pierre Murray, and Proposed Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENE SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>**CLASS ACTION**<br>**NOTICE OF MOTION OF JEAN-PIERRE MURRAY FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF LEAD COUNSEL, AND CONSOLIDATION**<br><br>DATE: October 28, 2022<br>TIME: 9:00 a.m.<br>COURTROOM: 9D<br>JUDGE: Hon. John W. Holcomb |

*Caption continues on next page*

| | |
|---|---|
| PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ENOCHIAN BIOSCIENCES, INC. f/k/a DANDRIT BIOTECH USA, INC., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE and LUISA PUCHE,<br><br>Defendants. | Case No. 2:22-cv-05237-JWH-JDE<br><br><u>CLASS ACTION</u> |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 28, 2022, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable John W. Holcomb, Courtroom 9D, 411 W. 4th Street, Santa Ana, California 92701, Jean-Pierre Murray ("Murray") will respectfully move this Court for entry of an Order: (1) appointing Murray as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (2) approving his selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting any such further relief as the Court may deem just and proper.

In support of this Motion, Murray submits: (1) a Memorandum of Points and Authorities; (2) the Declaration of Lesley E. Weaver and accompanying exhibits; and (3) a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. However, under the PSLRA's procedures regarding the appointment of Lead Plaintiff, Murray will not know which other Class members, if any, will seek appointment as Lead Plaintiff until after motions are filed on September 26, 2022. Accordingly, Murray respectfully requests that Local Rule 7-3's conferral requirement be waived in this instance.

| | |
|---|---|
| Dated: September 26, 2022 | Respectfully submitted, |
| | **BLEICHMAR FONTI & AULD LLP** |
| | */s/ Lesley E. Weaver* |
| | Lesley E. Weaver (SBN 191305) |
| | lweaver@bfalaw.com |
| | 555 12th Street, Suite 1600 |
| | Oakland, California 94607 |
| | Telephone: (415) 445-4003 |
| | Facsimile: (415) 445-4020 |
| | |
| | *Counsel for Proposed Lead Plaintiff Jean-Pierre Murray, and Proposed Lead Counsel for the Class* |
| | |
| | Brian Schall (SBN 290685) |
| | **THE SCHALL LAW FIRM** |
| | 2049 Century Park East, Suite 2460 |
| | Los Angeles, California 90067 |
| | Telephone: (424) 303-1964 |
| | brian@schallfirm.com |
| | |
| | *Additional Counsel for Proposed Lead Plaintiff Jean-Pierre Murray* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Lesley E. Weaver*
Lesley E. Weaver