**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENÈ SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>**[PROPOSED] ORDER ON JEAN-PIERRE MURRAY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL, AND CONSOLIDATION** |
| PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES, INC. f/k/a DANDRIT BIOTECH USA, INC., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE and LUISA PUCHE,<br><br>Defendants. | Case No. 2:22-cv-05237-JWH-JDE |

Upon consideration of: (1) Jean-Pierre Murray's ("Murray") Motion for Appointment as Lead Plaintiff, Approval of Selection of Lead Counsel, and Consolidation of Related Actions; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of Lesley E. Weaver and accompanying exhibits; and (4) all other pleadings and arguments submitted to this Court, and for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. Murray's Motion is **GRANTED**.

2. Murray is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated in accordance with paragraphs 4 and 5 of this Order.

3. Murray's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Chow v. Enochian Biosciences Inc., et al.*, No. 8:22-cv-01374-JWH-JDE (C.D. Cal.), is consolidated with *Manici v. Enochian Biosciences, Inc., et al.*, No. 2:22-cv-05237-JWH-JDE (C.D. Cal.) (collectively, the "Consolidated Action").

5. In accordance with Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

6. The Consolidated Action will be captioned "*In re Enochian BioSciences, Inc. Securities Litigation*," and the file shall be maintained under Master File No. 8:22-cv-01374-JWH-JDE.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  John W. Holcomb
                                  UNITED STATES DISTRICT JUDGE

-2-