**BLEICHMAR FONTI & AULD LLP**

Lesley E. Weaver (SBN 191305)

lweaver@bfalaw.com

555 12th Street, Suite 1600

Oakland, California 94607

Telephone: (415) 445-4003

Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff Jean-Pierre Murray,*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENE SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN, <br><br> Defendants. | Case No. 8:22-cv-01374-JWH-JDE <br><br> <u>CLASS ACTION</u> <br> **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF MOTION OF JEAN-PIERRE MURRAY FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF LEAD COUNSEL, AND CONSOLIDATION** <br><br> DATE:  October 28, 2022 <br> TIME:   9:00 a.m. <br> COURTROOM: 9D <br> JUDGE: Hon. John W. Holcomb |

*Caption continues on next page*

PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

ENOCHIAN BIOSCIENCES, INC. f/k/a DANDRIT BIOTECH USA, INC., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE and LUISA PUCHE,

Defendants.

Case No. 2:22-cv-05237-JWH-JDE

CLASS ACTION

I, Lesley E. Weaver, declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner in the law firm of Bleichmar Fonti & Auld LLP ("BFA"), proposed Lead Counsel for the Class. I submit this Declaration in support of the motion of Jean-Pierre Murray ("Murray") for entry of an order: (1) appointing Murray as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (2) approving his selection of BFA to serve as Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A–F are true and correct copies of the following documents:

Exhibit A:    Declaration of Murray;

Exhibit B:    Notice of pendency of *Chow v. Enochian Biosciences Inc., et al.*, No. 8:22-cv-01374-JWH-JDE (C.D. Cal.) published on July 26, 2022;

Exhibit C:    Notice of pendency of *Manici v. Enochian Biosciences, Inc., et al.*, No. 2:22-cv-05237-JWH-JDE (C.D. Cal.) published on July 28, 2022;

Exhibit D:    Certification of Murray;

Exhibit E:    Chart reflecting financial interest of Murray; and

Exhibit F:    Firm Resume of BFA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1

DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF THE MOTION OF JEAN-PIERRE MURRAY FOR APPOINTMENT AS LEAD PLAINTIFF

Executed this 26th day of September 2022, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver

2

DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF THE MOTION OF JEAN-PIERRE MURRAY FOR APPOINTMENT AS LEAD PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lesley E. Weaver
Lesley E. Weaver

3

DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF THE MOTION OF JEAN-PIERRE MURRAY FOR APPOINTMENT AS LEAD PLAINTIFF