# EXHIBIT B

# Pomerantz Law Firm Announces the Filing of a Class Action Against Enochian Biosciences Inc. and Certain Officers and Directors

**Published: Tue Jul 26 15:50:58 EDT 2022**

Pomerantz Law Firm Announces the Filing of a Class Action Against Enochian Biosciences Inc. and Certain Officers and Directors - ENOB

NEW YORK, July 26, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Enochian Biosciences Inc. ("Enochian" or the "Company") (NASDAQ: ENOB) and certain of its officers and directors. The class action, filed in the United States District Court for the Central District of California, and docketed under 22-cv-01374, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Enochian securities between September 24, 2020 and May 31, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Enochian securities during the Class Period, you have until September 26, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at target="_blank">newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Enochian is a pre-clinical stage biotechnology company that purportedly researches and develops pharmaceutical and biological products for the human treatment of human immunodeficiency virus, hepatitis B virus, influenza and coronavirus infections, and cancer.

Enochian and its top management have credited Serhat Gumrukcu ("Gumrukcu"), Enochian's co-

**Bloomberg Law**®

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Pomerantz Law Firm Announces the Filing of a Class Action Against Enochian Biosciences Inc. and Certain Officers and Directors

founder and largest shareholder, as a "genius" and the "inventor" of the technology and science behind the Company's product pipeline.

Enochian has multiple consulting and licensing agreements with G-Tech Bio, LLC, a California limited liability company ("G-Tech"), and G Health Research Foundation, a not-for-profit entity organized under the laws of California doing business as Seraph Research Institute ("SRI"), both of which are controlled by Gumrukcu.

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Gumrukcu was not a licensed doctor and had no verifiable degrees beyond high school; (ii) accordingly, the scientific and technological underpinnings of Enochian's product pipeline, purportedly invented by Gumrukcu, were dubious at best; (iii) accordingly, the Defendants had significantly overstated the commercial prospects for the Company's product pipeline; (iv) Enochian's senior leadership knew Gumrukcu had a criminal history that included fraud; (v) accordingly, Enochian's reliance on Gumrukcu, and its consulting and licensing agreements with G-Tech and SRI, subjected the Company to a heightened risk of reputational and financial harm, as well as threatened the integrity of the Company's scientific findings; and (vi) as a result, the Company's public statements were materially false and misleading at all relevant times.

On May 25, 2022, the U.S. Department of Justice announced that Gumrukcu had been arrested and charged in a murder-for-hire conspiracy.

On this news, Enochian's stock price fell $2.17 per share, or 36.97%, to close at $3.70 per share on May 25, 2022.

Then, on June 1, 2022, Hindenburg Research ("Hindenburg") published a report on Enochian entitled "Miracle Cures and Murder For Hire: How A Spoon-Bending Turkish Magician Built A $600 Million Nasdaq-Listed Scam Based On A Lifetime Of Lies" (the "Hindenburg Report"). The Hindenburg Report noted that the individual in whose murder Gumrukcu was implicated, Gregory Davis, "was murdered . . . just 19 days before Gumrukcu was scheduled to appear in court to defend himself against felony fraud allegations related to a 2016 deal with Davis" and that "[f]ederal prosecutors argued that the prospective merger deal that eventually resulted in Enochian going public served as a key motive for the murder." The Hindenburg Report also stated that "[u]nbeknownst to investors (but known to Enochian's senior leadership) Gumrukcu's latest arrest for a murder conspiracy is simply

**Bloomberg Law**®

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Pomerantz Law Firm Announces the Filing of a Class Action Against Enochian Biosciences Inc. and Certain Officers and Directors

the most recent in a string of alleged crimes by Gumrukcu," who "was arrested based on accusations of falsely posing as a doctor" in his native Turkey in 2012 and "[i]n February 2017, Gumrukcu was arrested by authorities after the State of California accused him of a slew of white-collar crimes, including fraud, identity theft, and check kiting - a total of 14 felonies." The Hindenburg Report further stated that "[w]e have been unable to find any jurisdiction in which Gumrukcu is licensed as a medical doctor" and that "Gumrukcu looks to have purchased a fake Russian medical degree on the black market[.]"

On this news, Enochian's stock price fell $1.495 per share, or 28.42%, to close at $3.765 per share on June 1, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
target="_blank">rswilloughby@pomlaw.com
888-476-6529 ext. 7980

**Bloomberg Law**®

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service