# EXHIBIT C





# ENOB CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Enochian Biosciences, Inc.

July 28, 2022 06:32 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Central District of California, captioned *Manici v. Enochian Biosciences, Inc., et al.*, Case No. 22-cv-5237, on behalf of persons and entities that purchased or otherwise acquired Enochian Biosciences, Inc. ("Enochian" or the "Company") (NASDAQ: ENOB) securities between **January 17, 2018 and June 27, 2022**, inclusive (the "Class Period"), including common stock issued by Enochian in a private placement offering on or about February 16, 2018. Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Enochian investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/enochian-biosciences-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On May 25, 2022, the U.S. Department of Justice announced that Serhat Gumrukcu, the co-founder and inventor of Enochian, had been arrested in a murder-for-hire conspiracy.

On this news, the Company's shares fell $2.17, or 37%, to close at $3.70 per share on May 25, 2022, on unusually heavy trading volume.

On June 1, 2022, Hindenburg Research published a research report alleging, among other things, that the charge related to the murder of Gregory Davis, just days before Gumrukcu was to defend himself against felony fraud allegations related to a deal with Davis. According to the report, "[f]ederal prosecutors argued that the prospective merger deal that eventually resulted in Enochian going public served as a key motive for the murder." The report also alleged that Gumrukcu is not a licensed doctor in any jurisdiction in the world, that he had pled guilty to felony charges in the midst of the Company's merger, and that he "had siphoned tens of millions of dollars in shareholder cash from Enochian to his privately-owned entities." Moreover, Hindenburg alleged that Enochian has been aware of the foregoing allegations.

On this news, the Company's shares fell $1.495, or 28.4%, to close at $3.77 on June 1, 2022, on unusually heavy trading volume.

On June 27, 2022, *The Wall Street Journal* published an article about Gumrukcu's participation in the murder-for-hire conspiracy, claiming that Gumrukcu owed Davis over $900,000 after Gumrukcu coaxed Davis into entering into a fraudulent oil deal with him. The article further alleged that FBI agents were suspicious that Gumrukcu "had fabricated his resume and held neither a medical degree nor a doctoral degree."

On this news, the Company's shares fell $0.73, or 21.9%, to close at $2.60 per share on June 27, 2022, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that co-founder and inventor Gumrukcu was engaged in a variety of frauds; (2) that Gumrukcu was not a licensed doctor anywhere in the world; (3) that, as a result of the foregoing, Gumrukcu's purported contributions to the Company lacked a reasonable basis; (4) that, as a result of the foregoing, the Company had overstated its commercial prospects; (5) that Gumrukcu had improperly diverted approximately $20 million from Enochian to entities he owned; and (6) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Enochian securities during the Class Period, you may move the Court no later than **60 days from this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts
Glancy Prongay & Murray LLP, Los Angeles
Charles H. Linehan, 310-201-9150 or 888-773-9224
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
www.glancylaw.com
shareholders@glancylaw.com