NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
Email: lweaver@bfalaw.com

ATTORNEY(S) FOR: Lead Plaintiff Movant Jean-Pierre Murray

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert Chow, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>Enochian Biosciences Inc., Mark Dybul, Luisa Puche, Rene Sindlev, Carol L. Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grønfeldt-Sørensen, Jayne McNicol, and Evelyn D'an,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:22-cv-01374-JWH-JDE<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Lead Plaintiff Movant, Jean-Pierre Murray _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Albert Chow | Plaintiff |
| Pier Luigi Manici and Sara Cavagna Manici | Plaintiffs |
| Jean-Pierre Murray | Lead Plaintiff Movant |
| Enochian Biosciences, Inc. f/k/a DanDrit Biotech USA, Inc. | Defendant |
| Gregg Alton | Defendant |
| Carol L. Brosgart | Defendant |
| Evelyn D'an | Defendant |
| Mark Dybul | Defendant |
| Henrik Grønfeldt-Sørensen | Defendant |
| Eric Leire | Defendant |
| Jayne McNicol | Defendant |
| Luisa Puche | Defendant |
| Carl Sandler | Defendant |
| James Sapirstein | Defendant |
| Rene Sindlev | Defendant |
| Robert Wolfe | Defendant |

| | |
|---|---|
| September 26, 2022 | /s/ Lesley E. Weaver |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Lead Plaintiff Movant Jean-Pierre Murray

CV-30 (05/13)                                    **NOTICE OF INTERESTED PARTIES**