Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Kyle Rankhorn*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENÈ SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN, <br><br> Defendants. | Case No. 8:22-cv-01374-JWH-JDE <br><br> **NOTICE OF NON-OPPOSITION OF KYLE RANKHORN TO COMPETING LEAD PLAINTIFF MOTIONS** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: John W. Holcomb <br> Hearing Date: October 28, 2022 <br> Time: 9:00 a.m. <br> CTRM: 9D (Santa Ana) |

NOTICE OF NON-OPPOSITION OF KYLE RANKHORN TO COMPETING LEAD PLAINTIFF MOTIONS
Case No. 8:22-cv-01374-JWH-JDE

On September 26, 2022, movant Kyle Rankhorn ("Movant") pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order consolidating related cases, appointing Movant as Lead Plaintiff, and approving Movant's selection of Counsel. Dkt. No. 31.

Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: October 7, 2022                    Respectfully submitted,

                                          **THE ROSEN LAW FIRM, P.A.**

                                          /s/ Laurence Rosen, Esq.
                                          Laurence M. Rosen, Esq. (SBN 219683)
                                          355 South Grand Avenue, Suite 2450
                                          Los Angeles, CA 90071
                                          Telephone: (213) 785-2610
                                          Facsimile: (213) 226-4684
                                          Email: lrosen@rosenlegal.com

                                          *Counsel for Kyle Rankhorn*

2

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On October 7, 2022, I electronically filed the following **NOTICE OF NON-OPPOSITION OF KYLE RANKHORN TO COMPETING LEAD PLAINTIFF MOTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 7, 2022.

/s/ Laurence Rosen
Laurence M. Rosen

3