POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Albert Chow*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, LUISA PUCHE, RENÈ SINDLEV, CAROL L. BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and EVELYN D'AN,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>NOTICE OF NON-OPPOSITION OF ALBERT CHOW TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>DATE:  October 28, 2022<br>TIME:  9:00 a.m.<br>JUDGE:  John W. Holcomb<br>CTRM:  9D, 9th Floor |

PIER LUIGI MANICI and SARA CAVAGNA MANICI, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ENOCHIAN BIOSCIENCES, INC. f/k/a DANDRIT BIOTECH USA, INC., ERIC LEIRE, MARK DYBUL, ROBERT WOLFE and LUISA PUCHE,

Defendants.

Case No. 2:22-cv-05237-JWH-JDE

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

On September 26, 2022, Albert Chow ("Chow"), by and through his counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Chow as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Enochian BioSciences, Inc. ("Enochian") f/k/a DanDrit Biotech USA, Inc. securities between January 17, 2018 and June 27, 2022, both dates inclusive, including common stock issued by Enochian in a private placement offering on or about February 16, 2018 (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 41.

Having reviewed the competing motions before the Court, it appears that Chow does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Chow's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  October 7, 2022              Respectfully submitted,

                                     POMERANTZ LLP

                                     */s/ Jennifer Pafiti*
                                     Jennifer Pafiti (SBN 282790)

1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman (*admitted pro hac vice*)
J. Alexander Hood II (*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Counsel for Albert Chow*

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti