Name and address:
Joseph A. Fonti
Bleichmar Fonti & Auld LLP
7 Times Square, 27th Floor
New York, New York 10036

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert Chow, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br>v.<br>Enochian Biosciences Inc., Mark Dybul, Luisa Puche, Rene Sindlev, Carol L. Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grønfeldt-Sørensen, Jayne McNicol, and Evelyn D'An,<br>Defendant(s). | CASE NUMBER<br><br>8:22-cv-01374-JWH-JDE<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Fonti, Joseph A.                                     of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 789-1340                          (212) 205-3960

*Telephone Number*            *Fax Number*

jfonti@bfalaw.com

*E-Mail Address*

Bleichmar Fonti & Auld LLP
7 Times Square, 27th Floor
New York, New York 10036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jean-Pierre Murray

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Movant

**and designating as Local Counsel**

Schall, Brian                                     of

*Designee's Name (Last Name, First Name & Middle Initial)*

290685          (424) 303-1964          (213) 519-5876

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

brian@schallfirm.com

*E-Mail Address*

The Schall Law Firm
2049 Century Park East, Suite 2460
Los Angeles, California 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**