# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>ENOCHIAN BIOSCIENCES INC., et al.,<br><br>                Defendants. | Case No. 8:22-CV-01374-JWH<br><br>CLASS ACTION<br><br>**ORDER GRANTING FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Dept.: Courtroom 9D<br>Judge: Honorable John W. Holcomb |

Upon the Joint Stipulation proposed by the parties regarding a schedule for the filing of an amended complaint and defendants' answers, motions, or other responses to the amended or operative complaint, and good cause being shown, the Court herby **ORDERS** as follows:

1.      Lead Plaintiff shall file and serve an Amended Complaint or designate an operative complaint on or before December 15, 2023.

2.      Defendants shall file and serve their Motion to Dismiss, if any, and their opening brief in support of such motion, if any, on or before February 13, 2024.

3.      Lead Plaintiff shall file and serve its answering brief in opposition to Defendants' Motion to Dismiss, if any, on or before April 12, 2024.

4.      Defendants shall file and serve their reply brief in further support of their Motion to Dismiss, if any, on or before May 15, 2024.

5.      Consistent with the PSLRA's requirement that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B), the Scheduling Conference currently set for January 5, 2024, is **VACATED**.  The Court will reset the Scheduling Conference after it resolves Defendants' anticipated Motion to Dismiss.

        **IT IS SO ORDERED.**

Dated:  November 7, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-