# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

ENOCHIAN BIOSCIENCES INC., et al.,

Defendants.

Case No. 8:22-cv-01374-JWH-JDE

CLASS ACTION

**ORDER AMENDING MOTION TO DISMISS BRIEFING SCHEDULE**

Dept.: Courtroom 9D
Judge: Hon. John W. Holcomb

Upon the Joint Stipulation proposed by the Parties amending the motion to dismiss briefing schedule, and good cause being shown, the Court herby **ORDERS** as follows:

1.  Defendants shall move to dismiss, or otherwise respond to, Lead Plaintiff's Amended Complaint for Violations of the Federal Securities Laws on or before March 15, 2024.

2.  Lead Plaintiff shall file and serve its answering brief in opposition to Defendants' Motion to Dismiss, if any, on or before May 17, 2024.

3.  Defendants shall file and serve their reply brief in further support of their Motion to Dismiss, if any, on or before June 14, 2024.

4.  Defendants' Motion to Dismiss, if any, shall be set for hearing on June 28, 2024, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  February 7   , 2024

Honorable John W. Holcomb
United States District Judge

2