UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:22-cv-01374-JWH-JDE |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE** |
| v. | |
| ENOCHIAN BIOSCIENCES INC., DR. MARK DYBUL, RENÉ SINDLEV, and CARL SANDLER, | Date:   June 28, 2024<br>Time:   9:00 a.m.<br>Dept:   Courtroom 9D<br>Judge:  Hon. John W. Holcomb |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AND DEFENDANT'S' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Enochian Biosciences, Inc., Dr. Mark Dybul, René Sindlev, and Carl Sandler (collectively "Defendants") Motion to Dismiss the Amended Complaint ("Motion to Dismiss") and Request for Judicial Notice and Incorporation by Reference in support of their Motion to Dismiss the Amended Complaint ("Request for Judicial Notice") came on for hearing before this Court on June 28, 2024 at 9:00 a.m.  Having read and considered the Motion to Dismiss for failure to state a claim, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u, *et seq*., the Request for Judicial Notice, arguments by counsel, and all other records and papers on file in this action, including any evidence thereon as permitted by the relevant authority, this Court finds that there is good cause to GRANT the Motion to Dismiss as the Complaint fails to plead the element of scienter, *Cheng v. Activision Blizzard, Inc.,* 2022 WL 2101919, at *10-13 (C.D. Cal. Apr. 18, 2022), and to GRANT and Request for Judicial Notice, *In re Wet Seal, Inc. Sec. Litig.*, 518 F. Supp. 2d 1148, 1159 (C.D. Cal. 2007).

THEREFORE, **IT IS ORDERED** that Defendants' Request for Judicial Notice is **GRANTED** and Defendants' Motion to Dismiss is **GRANTED** with prejudice.

Dated: _____, 2024

_____
The Hon. John W. Holcomb
United States District Court Judge