UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 8:22-cv-01374-JWH-JDE | Date | June 28, 2024 |
|---|---|---|---|
| Title | *Albert Chow v. Enochian Biosciences Inc. et al* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| George N. Bauer | Brett Hom De Jarnette |
| Joseph A. Fonti | Ronan Andrew Nelson |
| Rina Restaino | |

**Proceedings:    HEARING RE:  DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [74]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated in open court, it is hereby **ORDERED** as follows:

1.    Defendant's Motion [ECF No. 74] is **DENIED**.

2.    The deadline for Defendant to file its Answer to Plaintiff's Second Amended Complaint is August 2, 2024.

3.    The deadline for the parties to provide the Court with a Joint Report suggesting a date for the Scheduling Conference is August 2, 2024.

**IT IS SO ORDERED.**

Time:    1:25

Initials of Preparer: cla