UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ENOCHIAN BIOSCIENCES INC., et al.,<br><br>    Defendants. | Case No. 8:22-CV-01374-JWH-JDE<br><br><u>CLASS ACTION</u><br><br>**ORDER** |

Upon the submission of the Parties' Joint Status Report, and good cause being shown, the Court hereby **ORDERS** as follows:

1. The Court's October 15, 2024, Scheduling Notice and Order (ECF No. 103) is **VACATED**.

2. All proceedings, except for those pertaining to settlement, are **STAYED** until further order of the Court. Any party may move at any time to modify or vacate the stay, for good cause shown.

3. The Parties shall execute a Stipulation of Settlement by November 8, 2024.

4. Lead Plaintiff shall file a motion for preliminary approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure by December 9, 2024.

**IT IS SO ORDERED.**

Dated: October 25, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE