**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., et al.,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE |

**SUMMARY NOTICE**

**EXHIBIT A-4**

TO:    **ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED ENOCHIAN COMMON STOCK BETWEEN JANUARY 17, 2018, AND JUNE 27, 2022, BOTH DATES INCLUSIVE (the "Settlement Class")[1].**

**THIS NOTICE WAS AUTHORIZED BY THE COURT.  IT IS NOT A LAWYER SOLICITATION.  PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.  YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT**.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California (the "Court") and Rule 23 of the Federal Rules of Civil Procedure, that a hearing will be held on _____, 2025, at __:__ _.m., before the Honorable John W. Holcomb, at the Ronald Reagan Federal Building and U.S. Courthouse 411 W. 4th Street, Santa Ana, California 92701-4516, for the purpose of determining: (1) whether the proposed settlement of the claims in the above-captioned litigation (the "Litigation") for the sum of $2,500,000 in cash (the "Settlement") should be approved by the Court as fair, reasonable, and adequate; (2) whether a Settlement Class should be certified for purposes of the Settlement; (3) whether, thereafter, this Litigation should be dismissed with prejudice pursuant to the terms and conditions set forth in the Stipulation of Settlement dated November 8, 2024 (the "Stipulation"); (4) whether the proposed Plan of Allocation is fair, reasonable, and adequate and therefore should be approved; and (5) the reasonableness of the application for payment of attorneys' fees and expenses incurred in connection with this Litigation together with the interest earned thereon (and any payment to the Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 in connection with his representation of the Settlement Class).  The Court may change the date of this hearing, or hold it remotely, without providing another notice.  You do NOT need to attend the hearing to receive a distribution from the Net Settlement Fund.

The Litigation has been preliminarily certified as a class action on behalf of a Settlement Class of all persons and entities who purchased or otherwise acquired Enochian common stock between January 17, 2018, and June 27, 2022, both dates inclusive, and who were damaged thereby, except for certain Persons or entities excluded from the Settlement Class, as defined in the full Long-Form Notice of Pendency and Proposed Settlement of Class Action ("Long-Form Notice"), which is available as described below.  If the Settlement is approved, it will resolve all claims in the Litigation.

A detailed description of the Litigation, including important information about your rights and options, is in the detailed Long-Form Notice available at www.EnochianSecuritiesLitigation.com or by contacting the Claims Administrator at: *Enochian Securities Litigation*, Claims Administrator, c/o Epiq Class & Claims Solutions, Inc., P.O. Box 2919, Portland, OR 97208-2919, or (888) 658-8895.

**If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release form ("Proof of Claim")**

---

[1] Any capitalized terms used in this Long-Form Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated November 8, 2024 (the "Stipulation"), which is available on the website established for the Settlement at www.EnochianSecuritiesLitigation.com.

- 1 -

**online at www.EnochianSecuritiesLitigation.com or by mail postmarked no later than _____, 2025. Failure to timely submit a Proof of Claim will subject your claim to possible rejection and may preclude you from receiving any payment from the Settlement.**

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion electronically submitted or postmarked by _____, 2025, in the manner and form explained in the detailed Long-Form Notice referred to above. All Members of the Settlement Class who do not timely and validly request exclusion from the Settlement Class will be bound by any judgment entered in the Litigation pursuant to the terms and conditions of the Stipulation.

Any objection to the Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be mailed or delivered to the Clerk of Court and counsel for the Parties at the addresses below such that it is received no later than _____, 2025:

*Court:*

> Clerk of the Court
> UNITED STATES DISTRICT COURT
> CENTRAL DISTRICT OF CALIFORNIA
> Ronald Reagan Federal Building and U.S. Courthouse
> 411 W. 4th Street, Santa Ana, California 92701-4516

*Lead Counsel:*

> George N. Bauer
> BLEICHMAR FONTI & AULD LLP
> 300 Park Avenue, Suite 1301
> New York, NY 10022
> Emailed copy to
> enochiansettlement@bfalaw.com

*Counsel for Defendants*:

> Brett De Jarnette
> COOLEY LLP
> 3175 Hanover Street
> Palo Alto, CA 94304
> Emailed copy to bdejarnette@cooley.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact counsel for Lead Plaintiff at the address listed above, email enochiansettlement@bfalaw.com, or go to the following website: www.EnochianSecuritiesLitigation.com.

DATED:_____

BY THE COURT:

_____

Judge John W. Holcomb

Exhibit A-4
Page 118