COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

RONAN A. NELSON (346553)
(rnelson@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendants
ENOCHIAN BIOSCIENCES INC.,
DR. MARK DYBUL, RENE SINDLEV,
and CARL SANDLER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., DR. MARK DYBUL, RENE SINDLEV, and CARL SANDLER,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>**DEFENDANTS' NON-OPPOSITION TO LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Date:         January 10, 2025<br>Time:         9:00 A.M.<br>Courtroom:  9D, 9th Floor<br>Judge:        Hon. John W. Holcomb |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DEFS' NON-OPP. TO LEAD PLAINTIFF'S MTN
FOR PRELIM. APPROVAL OF SETTLEMENT
8:22-CV-01374-JWH-JDE

Defendants Enochian Biosciences Inc. (now Renovaro Inc.), Dr. Mark Dybul, René Sindlev, and Carl Sandler respectfully submit this statement of non-opposition to Lead Plaintiff Jean-Pierre Murray's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, filed on December 9, 2024 (Dkt. No. 106).

Dated: December 18, 2024                              COOLEY LLP


                                                     By: /s/ Brett De Jarnette
                                                         Brett De Jarnette (292919)

                                                     *Attorneys for Defendants*
                                                     *Enochian Biosciences Inc., Dr. Mark Dybul,*
                                                     *René Sindlev, and Carl Sandler*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

**DEFS' NON-OPP. TO LEAD PLAINTIFF'S MTN
FOR PRELIM. APPROVAL OF SETTLEMENT
8:22-CV-01374-JWH-JDE**