BLEICHMAR FONTI & AULD LLP

JOSEPH A. FONTI (*pro hac vice*)
GEORGE N. BAUER (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (202) 205-3960
jfonti@bfalaw.com

LESLEY WEAVER (191305)
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4200
lweaver@bfalaw.com

Attorneys for Lead Plaintiff JEAN-PIERRE MURRAY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., et al.,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>**LEAD PLAINTIFF'S REQUEST FOR STATUS CONFERENCE** |

Lead Plaintiff Jean-Pierre Murray ("Lead Plaintiff") respectfully submits this Request for Status Conference.[1]

On December 9, 2024, Lead Plaintiff filed an Unopposed Notice of Motion and Motion for Preliminary Approval of a Proposed Class Action Settlement.  (ECF No. 106.)  On December 18, 2024, Defendants filed a statement of non-opposition to Lead Plaintiff's motion.  (ECF No. 108.)   On January 7, 2025, the Court issued an Order "find[ing] that [Lead] Plaintiff's Motion for Settlement Approval of Class Action Settlement . . . is appropriate for resolution without a hearing" and vacating the hearing previously set for January 10, 2025.  (ECF No. 112.)

Lead Plaintiff hereby respectfully requests a status conference with the Court to discuss the next steps in the settlement process and to answer any questions the Court may have regarding approval.  Lead Plaintiff's Preliminary Approval motion remains unopposed.  Preliminary approval is required to begin providing notice to the proposed Settlement Class and for Defendants to fund the Settlement Amount.  Only at that point will the Settlement Fund begin accruing interest for the benefit of the proposed Settlement Class.  (*See* ECF No. 106-2, ¶ 2.7.)

Lead Plaintiff has conferred with Defendants.  Defendants do not oppose this request.

Alternatively, if the Court would prefer to rule on Lead Plaintiff's Preliminary Approval Motion without setting a status conference, Lead Plaintiff withdraws this request.

---

[1] Capitalized terms not defined herein have the meanings set forth in the Stipulation of Settlement.  (ECF No. 106-2.)

**LEAD PLAINTIFF'S REQUEST FOR STATUS CONFERENCE - 8:22-cv-01374-JWH-JDE**

Dated:        August 15, 2025              **BLEICHMAR FONTI & AULD LLP**


By: */s/ George N. Bauer*
    George N. Bauer

*Attorneys for Lead Plaintiff Jean-Pierre Murray and Lead Counsel for the Putative Class*

**LEAD PLAINTIFF'S REQUEST FOR STATUS CONFERENCE - 8:22-CV-01374-JWH-JDE**