COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
JANELLE M. FERENANDES (322217)
(jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

RONAN A. NELSON (346553)
(rnelson@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendants
ENOCHIAN BIOSCIENCES INC.,
DR. MARK DYBUL, RENE SINDLEV,
and CARL SANDLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENOCHIAN BIOSCIENCES INC., DR. MARK DYBUL, RENE SINDLEV, and CARL SANDLER,<br><br>Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>JUDGE:   Hon. John W. Holcomb<br>DATE:   November 25, 2025<br>TIME:   9:00 am<br>COURTROOM:  9D |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

On October 21, 2025, Lead Plaintiff Jean-Pierre Murray ("Plaintiff") filed the Motion for Final Approval of Proposed Class Action Settlement (the "Motion") (ECF No. 115).  Defendants Enochian Biosciences Inc. (now known as Lunai Bioworks Inc.), Mark Dybul, René Sindlev, and Carl Sandler ("Defendants") do not oppose the Motion and therefore submit this written Statement of Non-Opposition.

Dated:  November 4, 2025          Respectfully submitted,

COOLEY LLP

By: */s/ Brett De Jarnette*
        Brett De Jarnette

Counsel for Defendants
Enochian Biosciences Inc.,
Dr. Mark Dybul, René Sindlev,
and Carl Sandler

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO