**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
George N. Bauer (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
jfonti@bfalaw.com
gbauer@bfalaw.com
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Jean-Pierre Murray,*
*and Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ENOCHIAN BIOSCIENCES INC., MARK DYBUL, RENE SINDLEV, and CARL SANDLER, <br><br> Defendants. | Case No. 8:22-cv-01374-JWH-JDE <br><br> CLASS ACTION <br><br> **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, AND (II) LEAD PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND LEAD PLAINTIFF'S REASONABLE COSTS AND EXPENSES** <br><br> JUDGE:  Hon. John W. Holcomb <br> DATE:  November 25, 2025 <br> TIME:  10:00 a.m. <br> COURTROOM:  9D – 9th Floor |

## MEMORANDUM OF POINTS AND AUTHORITIES

Lead Plaintiff and Lead Plaintiff's Counsel respectfully submit this reply memorandum of law in further support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement ("Final Approval Motion") (ECF No. 115), and (2) Lead Plaintiff's Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Lead Plaintiff's Reasonable Costs and Expenses ("Fee and Expense Motion") (ECF No. 116).[1]

The Settlement Class's positive response confirms that the Final Approval Motion and Fee and Expense Motion should be granted. The deadline for objections was November 4, 2025.  Lead Plaintiff and Lead Plaintiff's Counsel are pleased to report that there have been no objections to any aspect of the Settlement, the Plan of Allocation, the requested attorneys' fees or expenses, or Lead Plaintiff's request for reasonable costs and expenses.

For context, the broad notice program has included, among other things, the Claims Administrator's dissemination of 33,935 Notices to potential Settlement Class Members, publication of the Summary Notice in *Investor's Business Daily* and release via *PR Newswire*, and posting the Notice, Long-Form Notice, and other documents to a dedicated website.  (ECF No. 117-5, Kimball Decl., dated October 20, 2025, ¶¶11-12, 14-19.)  The Notices advised Settlement Class Members of, among other things,

    (i)    the $2.5 million Settlement Amount and the parties' mutual releases;

    (ii)    the terms of the proposed Plan of Allocation;

---

[1] Capitalized terms shall have the same meaning as set forth in the Stipulation of Settlement dated November 8, 2024 (the "Stipulation") (ECF No. 106-2).  Unless otherwise noted, all emphasis is added and all internal citations and quotation marks are omitted.

(iii)    Lead Plaintiff's Counsel's request for fees not to exceed 30% of the Settlement Amount, plus interest (which was *greater* than the Fee and Expense Motion's actual request for 27.5%);

(iv)    Lead Plaintiff's Counsel's request for reimbursement of expenses not to exceed $300,000, plus interest (again, which was *greater* than the Fee and Expense Motion's actual request for $175,588); and

(v)    Lead Plaintiff's request for reasonable costs and expenses not to exceed $7,500. (*See, e.g.*, *id.* Ex. 4 (Long-Form Notice) at 1-2, 6, 11-14.)

After completion of this robust Court-approved notice program and the passage of the November 4, 2025 deadline for objections, no objections have been filed with the Court or received by the Claims Administrator.  (Supplemental Declaration of Morgan Kimball, dated November 18, 2025 ("Kimball Suppl. Decl."), ¶17.)  Further, after the completion of the October 23, 2025 deadline for exclusion requests, no additional Settlement Class Members have sought exclusion beyond the four purported requests previously reported to the Court in the Final Approval Motion.  (*Id.* ¶15; *see* ECF No. 115 at 14 n. 9.)[2]

This positive response strongly supports final approval of the Settlement, the Plan of Allocation, and certification of the Settlement Class. *See Churchill Village, LLC v. General Electric*, 361 F.3d 566, 577 (9th Cir. 2004) (court may appropriately infer that class action settlement is fair, adequate, and reasonable when few class members object); *Wallace v. Countrywide Home Loans, Inc.*, 2015 WL 13284517, at *8 (C.D. Cal. Apr. 17, 2015) (a court "may appropriately infer that a class action

---

[2] As reported therein, none of the four requests for exclusion were accompanied by supporting documentation reflecting the shares of Enochian common stock purchased and/or sold during the Class Period as required by the Long-Form Notice. Despite repeated attempts, Epiq has not been able to reach these purported Settlement Class Members to obtain confirmation. (Kimball Suppl. Decl. ¶15.) Nevertheless, Lead Plaintiff proposes treating these purported requests as valid requests for exclusion.

REPLY MEMORANDUM OF LAW IN FUTHER SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, AND (II) LEAD PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND LEAD PLAINTIFF'S REASONABLE COSTS AND EXPENSES
CASE NO. 8:22-CV-01374-JWH-JDE

2

settlement is fair, adequate, and reasonable when few Class Members object to it."); *Cruz v. Sky Chefs, Inc.*, 2014 WL 7247065, at *5 (N.D. Cal. Dec. 19, 2014) (same).

Likewise, there have been no objections to Lead Plaintiff's Counsel's request for attorneys' fees and reimbursement of litigation expenses, or to Lead Plaintiff's request for reasonable costs and expenses. The lack of any objections to these requests also weighs strongly in favor of approval. *See Perez v. DirecTV Grp. Holdings, LLC*, 2023 WL 1931376, at *7 (C.D. Cal. Jan. 23, 2023), *appeal dismissed sub nom. Perez v. DirecTV, LLC*, 2023 WL 3391488 (9th Cir. Mar. 30, 2023) ("considering the low opt-out rate and low number of objections to the Settlement" in approving attorneys' fees).

Based on the foregoing and the entire record herein, Lead Plaintiff and Lead Plaintiff's Counsel respectfully request that the Court grant the Final Approval Motion and the Fee and Expense Motion. The proposed Final Judgment, which, among other things, lists the four purported Settlement Class Members who previously sought exclusion from the Class and will be excluded from the Settlement Class, is attached as **Exhibit A**.

Dated: November 18, 2025

Respectfully submitted,

By: */s/ Joseph A. Fonti*
**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

– and –

George N. Bauer (*pro hac vice*)

REPLY MEMORANDUM OF LAW IN FUTHER SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, AND (II) LEAD PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND LEAD PLAINTIFF'S REASONABLE COSTS AND EXPENSES
CASE NO. 8:22-CV-01374-JWH-JDE

gbauer@bfalaw.com
75 Virginia Road, 2nd Floor
New York, New York 10603
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Jean-Pierre Murray and Lead Counsel for the Putative Class*

– and –

Brian Schall (SBN 290685)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Jean-Pierre Murray*

REPLY MEMORANDUM OF LAW IN FUTHER SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, AND (II) LEAD PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND LEAD PLAINTIFF'S REASONABLE COSTS AND EXPENSES
CASE NO. 8:22-CV-01374-JWH-JDE

4

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 11-6.2, the undersigned, counsel of record for Lead Plaintiff and Lead Counsel, certifies that this brief contains 770 words, which complies with the word limit of L.R. 11-6.1.

Dated: November 18, 2025          Respectfully submitted,

By: */s/ Joseph A. Fonti*
**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

– and –

George N. Bauer (*pro hac vice*)
gbauer@bfalaw.com
75 Virginia Road, 2nd Floor
New York, New York 10603
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Jean-Pierre Murray and Lead Counsel for the Putative Class*

– and –

Brian Schall (SBN 290685)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Jean-Pierre Murray*

REPLY MEMORANDUM OF LAW IN FUTHER SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, AND (II) LEAD PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND LEAD PLAINTIFF'S REASONABLE COSTS AND EXPENSES
CASE No. 8:22-CV-01374-JWH-JDE