**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
George N. Bauer (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
jfonti@bfalaw.com
gbauer@bfalaw.com
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Jean-Pierre Murray,
and Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:22-cv-01374-JWH-JDE |
| Plaintiff, | CLASS ACTION |
| v. | **SUPPLEMENTAL DECLARATION OF MORGAN KIMBALL** |
| ENOCHIAN BIOSCIENCES INC., MARK DYBUL, RENE SINDLEV, and CARL SANDLER, | JUDGE: Hon. John W. Holcomb |
| Defendants. | DATE: November 25, 2025 |
| | TIME: 10:00 a.m. |
| | COURTROOM: 9D – 9th Floor |

SUPPLEMENTAL DECL. OF MORGAN KIMBALL                    Case No. 8:22-cv-01374-JWH-JDE

I, Morgan Kimball, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am a Project Manager for Epiq Class Action and Claims Solutions, Inc. ("Epiq"). I am providing this declaration at the request of Settlement Class Counsel Bleichmar Fonti & Auld LLP ("BFA"), on behalf of Lead Plaintiff, in connection with Lead Plaintiff's Reply Memorandum of Law in Further Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement.[1] Pursuant to the Court's August 18, 2025 Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order," ECF 114), Epiq is authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Litigation").

2. This declaration supplements the Declaration of Morgan Kimball Regarding (I) Mailing of Notice; (II) Publication of Summary Notice; (III) the Settlement Website and Contact Center Services; (IV) Claim Filing; and (V) Requests for Exclusion and Objections Received to Date, dated October 20, 2025 ("Kimball Decl.," ECF 117-5). Specifically, this declaration provides information regarding: (i) the current status of claims filings; and (ii) the requests for exclusion and objections received by Epiq to date. I make this declaration based on personal knowledge, and if called to testify, I could and would do so competently.

## I.   MAILING OF THE NOTICE

3. On September 8, 2025, Epiq began delivering Notice to potential Settlement Class Members. That process was discussed in detail in the Kimball Decl. (ECF 117-5, ¶¶3-11).

4. Since October 20, 2025, Epiq has further disseminated Notice. Specifically, Epiq received, and mailed Notices to, an additional 18 names and

---

[1] Capitalized terms not defined herein have the meanings stated in the Stipulation of Settlement dated December 9, 2024 (ECF 106-2).

SUPPLEMENTAL DECL. OF MORGAN KIMBALL                    Case No. 8:22-cv-01374-JWH-JDE

addresses of potential Settlement Class Members obtained from brokerage firms, banks, and other nominees. Epiq has also received requests from brokers and nominees for an additional 120 Notices to be forwarded by them to their customers, which Epiq provided to those brokers and nominees.

5.     In addition, Epiq received one (1) additional request from potential Settlement Class Members by telephone or correspondence for Notice.

6.     Thus, as of the date of this Declaration, a total of 33,935 Notices have been mailed or otherwise disseminated to potential Settlement Class Members.

## II.     THE SETTLEMENT WEBSITE

7.     Epiq, in coordination with BFA, designed, implemented, and maintains a website dedicated to the Settlement of the Litigation (www.EnochianSecuritiesLitigation.com) (the "Settlement Website"). The Settlement Website's address is set forth in the Notice and Long-Form Notice delivered to potential Settlement Class Members and nominees, and was published in the Summary Notice.

8.     The Settlement Website is discussed in further detail in the Kimball Decl. (ECF 117-5, ¶¶14-19). As of the date of this Declaration, there have been 7,955 unique visitors to the Settlement Website and 12,099 pageviews. Additionally, of those 12,099 pageviews, 122 were of the downloadable Proof of Claim form.

## III.     CONTACT CENTER SERVICES

9.     Epiq reserved a toll-free telephone number for the Settlement, 1-888-658-8895. Epiq also published the telephone number in the Notice, Summary Notice, Long-Form Notice, and on the Settlement Website.

10.     As of the date of this Declaration, Epiq has received a total of 27 calls to the telephone number dedicated to the Settlement, including 13 calls that were handled by a live operator. Epiq has promptly responded to each telephone inquiry and mailing request and will continue to do so. As noted above, upon request, Epiq mailed copies of the Long-Form Notice and Proof of Claim form to Settlement Class Members and will continue to do so until the deadline to submit a Proof of Claim form has passed.

11.     Additionally, Epiq maintains and monitors an email address established for the Settlement (info@EnochianSecuritiesLitigation.com) as well as a P.O. Box dedicated to this Settlement (*Enochian Securities Litigation*, P.O. Box 2919, Portland, OR 97208-2919) for potential Settlement Class Members and nominees to submit questions and inquiries via email and mail. As of the date of this Declaration, Epiq has received 76 emails and mailed correspondence and responded as appropriate.

**IV.   CLAIM FILING**

12.     The Notice, Summary Notice, Long-Form Notice, IVR, and Settlement Website inform potential Settlement Class Members that, to be eligible to receive a payment from the Net Settlement Fund, they must submit a Proof of Claim form online via the Settlement Website by December 7, 2025, or by mail such that it is postmarked by December 7, 2025. As is typical in other claims administration matters of this kind, Epiq will continue to process claims received or postmarked after December 7, 2025, until such time as the receipt and processing of new late claims will impact decisions on disbursements.

13.     As of the date of this Declaration, Epiq has received 215 Proof of Claim submissions from potential Settlement Class Members and brokerage firms, banks, institutions, and other nominees. In Epiq's experience, the vast majority of Claim Forms are submitted close to the claim submission deadline. Accordingly, Epiq anticipates that the claim count will increase over the coming weeks.

**V.   REQUESTS FOR EXCLUSION AND OBJECTIONS**

14.     The Notice, Summary Notice, Long-Form Notice, IVR, and Settlement Website inform potential Settlement Class Members that requests for exclusion from the Settlement Class must be electronically submitted via the Settlement Website or postmarked no later than October 23, 2025. The Notice, Long-Form Notice, and Settlement Website instruct potential Settlement Class Members who wished to exclude themselves from the Settlement Class to submit a written request for exclusion that

SUPPLEMENTAL DECL. OF MORGAN KIMBALL                    Case No. 8:22-cv-01374-JWH-JDE

provides specific information, including records of their transactions in Enochian common stock.

15.    As of the date of this Declaration, Epiq has received four (4) requests for exclusion. A copy of the requests for exclusion was attached to the Kimball Decl. as **Exhibit 6** (ECF 117-5). As of the date of this Declaration, none of the four requests for exclusion were accompanied by supporting documentation reflecting the shares of Enochian common stock purchased and/or sold during the Class Period. Despite repeated attempts, Epiq has not been able to reach these purported Settlement Class Members to obtain confirmation. Specifically, Epiq emailed the Class Members the day after their opt-outs were received. Epiq also followed up with two phone calls and left voicemail messages. The first round of phone calls took place on October 14, 2025, and the second round was on October 20, 2025. Epiq did not receive any email responses or returned phone calls following this outreach.

16.    The Notice, Summary Notice, Long-Form Notice, IVR, and Settlement Website also inform potential Settlement Class Members that they may object to the Settlement, the proposed Plan of Allocation, or the application for awards of attorneys' fees, litigation expenses, and reasonable costs and expenses to Lead Plaintiff; that the objection must be made in writing and filed with the Court in accordance with all of the instructions set forth in the Long-Form Notice; and that objections must be received or filed, not simply postmarked, on or before November 4, 2025.

17.    As of the date of this Declaration, Epiq has not received and is not aware of any objections to the Settlement, the proposed Plan of Allocation, or the application for awards of attorneys' fees, litigation expenses, and Lead Plaintiff's reasonable costs and expenses.

* * *

5

SUPPLEMENTAL DECL. OF MORGAN KIMBALL                    Case No. 8:22-cv-01374-JWH-JDE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 18, 2025                    By: _____
                                                         Morgan Kimball

SUPPLEMENTAL DECL. OF MORGAN KIMBALL                    Case No. 8:22-cv-01374-JWH-JDE