# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-01374-JWH(JDEx) | Date | November 25, 2025 |
| Title | *Albert Chow v. Enochian Biosciences Inc. et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Priscilla Deason for Clarissa Lara | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| George N. Bauer; William E. Freeland | Brett De Jarnette |

**Proceedings:** **HEARING RE: PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL [115]; PLAINTIFF'S MOTION FOR ATTORNEY FEES [116]**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order. For the reasons stated on the record, it is hereby **ORDERED** that Plaintiff's Motion for Settlement Approval [ECF No. 115] and Plaintiff's Motion for Attorney Fees [ECF No. 116] are **UNDER SUBMISSION**. The Court will issue a final order.

**IT IS SO ORDERED.**

Time: 00:18
Initials of Preparer: pd/cla