**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE JOHN J. HOLCOMB, JUDGE PRESIDING**

ALBERT CHOW,                               )
                                           )
                                           )
                                           )
                Plaintiffs,                )
                                           )
                                           )
                                           )
        Vs.                                )   No. CV22-01374-JWH
                                           )
                                           )
                                           )
ENOCHIAN BIOSCIENCES, INC., ET             )
AL.,                                       )
                                           )
                                           )
                                           )
                Defendants.                )
                                           )
_____

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**MOTION HEARING**

**SANTA ANA, CALIFORNIA**

**TUESDAY, NOVEMBER 25, 2025**

**MIRIAM V. BAIRD, CSR 11893, CCRA**
**OFFICIAL U.S. DISTRICT COURT REPORTER**
**411 WEST FOURTH STREET, SUITE 1-053**
**SANTA ANA, CALIFORNIA 97201**
**VELIZBAIRDMIRIAM@GMAIL.COM**

**A P P E A R A N C E S**

**IN BEHALF OF THE PLAINTIFF,**          GEORGE N. BAUER
**ALBERT CHOW:**                         WILLIAM FRELAND
                                         BLEICHMAR FONTI AND AULD
                                         LLP
                                         75 VIRGINIA ROAD
                                         2ND FLOOR
                                         WHITE PLAINS, NY 10603


**IN BEHALF OF THE DEFENDANT,**          BRETT DE JARNETTE
**ENOCHIAN BIOSCIENCES, INC.,**          COOLEY LLP
**ET AL.,:**                             3175 HANOVER STREET
                                         PALO ALTO, CA 94304

SANTA ANA, CALIFORNIA; TUESDAY, NOVEMBER 25, 2025; 10:02 A.M.

---

THE CLERK:  Calling CV22-01374-JWH:  Albert Chow v. Enochian Biosciences, Inc., et al.

Counsel, please state your appearance for the record, starting with the plaintiff.

MR. BAUER:  Good morning, Your Honor.

George Bauer, Bleichmar Fonti and Auld, for the plaintiff.  I am joined today by my colleague William Freeland.

THE COURT:  Mr. Bauer, and, Mr. Freland, good morning to you.

MR. DE JARNETTE:  Good morning, Your Honor.

Brett De Jarnette from Cooley on behalf of the defendants.

THE COURT:  Mr. De Jarnette, good morning to you. I always struggle to make sure I pronounce your name properly.  If I mispronounce it, please let me know.

MR. DE JARNETTE:  You did a really good job both times.

THE COURT:  Okay.  We're here on plaintiffs' motion for final settlement approval and motion for approval of attorneys' fees.  I asked my clerk to circulate a tentative. Did everybody get that?

MR. BAUER:  We did receive it, Your Honor.

UNITED STATES DISTRICT COURT

MR. DE JARNETTE:  Yes, Your Honor.

THE COURT:  Okay.  So it seems, in all candor, pretty easy.  I have a couple of questions, though, one is -- I highlighted a couple of areas in the tentative where in the course of preparing this, I wanted to make sure I was understanding properly where we are.  On page 5, I note that there's a claim filing deadline of December 7th, 2025.  I wonder is this hearing premature?  Should we wait until after December 7th, and we know what claims have been filed and kind of have the final numbers?  Should we wait to that point?  I set this hearing back when I issued the order preliminarily approving the settlement.  Perhaps, then I didn't know about the December 7th date.  If I did, I missed it.

Please, Mr. Bauer, tell me what your thoughts are.

MR. BAUER:  George Bauer for the plaintiffs.  Yes, I understand the Court's question there.  I think the way these schedules play out, the deadline typically is after this hearing, we tend to give claimants as long as possible to submit claims.  We want them to have the opportunity to participate in --

THE COURT:  Slow down just a bit.

MR. BAUER:  I think it's also a function of how we set up the schedules.  I think the date of this hearing was keyed off the preliminary approval order.  The date of the

UNITED STATES DISTRICT COURT

claims deadline was keyed off the date that the notice went out. There was a little bit inconsistency there. I -- I understand Your Honor's concern. I will say that I'm happy to report that in the weeks since our last filing on the 18th, the replay papers, we've received a significant number of claims. We're now up to 10,327 claims as compared to the, you know, 33,000 plus notices that went out.

So, you know, we're at a point in the process where the claims are starting to come in en masse. You know, it's giving us comfort that the notice program was robust and successful, and that investors, you know, view this settlement as a good one that they want to participate in.

So I would say, you know, to Your Honor, we are going to continue to accept claims through December 7th, as we typically do. We will also accept claims that come in after the deadline up to the point where they no longer prejudice claims that were filed timely.

The reason for that being, Your Honor, again, many of these investors are individuals, you know, moms and pops. Sometimes deadlines get passed, you know, we don't want to hold it against them. We will continue to process those claims, you know, until we reach the point where Epiq is ready for distribution. Continuing to process doesn't prejudice any earlier claims. Even if the deadline, Your Honor, was today, we would still continue to process

valid claims.

THE COURT:  For the record, you said Epiq, E-p-i-q?

MR. BAUER:  Correct, Your Honor.

THE COURT:  That's your claims administrator?

MR. BAUER:  That's correct, Your Honor.

THE COURT:  All right.  So the direct answer to my question -- I'm not falling you for the long answer.  I appreciate all of the additional detail.  The short answer is, plaintiffs think that I should proceed with this hearing and, from your perspective, hopefully grant the motions now and not wait until after December 7th, correct?

MR. BAUER:  That's correct, Your Honor.  We're also happy to supplement the record after that deadline passes to inform Your Honor of how many claims were submitted up to that date.  We're happy to do that.

THE COURT:  Okay.  The second question is on page 13, I have a highlighted and bracketed section about an in camera review of the supplemental agreement.  As I understand the supplemental agreement -- well, I'm not sure I completely understand the supplemental agreement.  Why don't you tell me what that is all about.  It seems like it might be some sort of a safety valve or way to -- that if certain conditions exist, then there's no longer a settlement.

MR. BAUER:  Yes, Your Honor.

THE COURT:  So tell me what is going on there,

UNITED STATES DISTRICT COURT

please.

MR. BAUER:  Yes.  If you look at paragraph 7.7 of the stipulation, it's laid out in detail, but in -- in --

THE COURT:  Hold on.  Hold on.

MR. BAUER:  Yes.

THE COURT:  I want to get there.

MR. BAUER:  That's ECF 106-2.

THE COURT:  I'm not sure I have 106.  I have 117.  Is it in there?

MR. BAUER:  No, Your Honor.  It was filed as an attachment to the preliminary motion at 106-2.

THE COURT:  Okay.  I looked at it on line when I was preparing this tentative, but tell me about it.  If I need to look at a hard copy, I'll get that.  Go ahead and tell me now.

MR. BAUER:  In short, it says that if the individuals who seek exclusion from the settlement, if their combined -- the volume of shares reflected in their investments, if they reach a certain threshold, the defendants have the opportunity and the unilateral right to withdraw from the settlement.

THE COURT:  Okay.

MR. BAUER:  That threshold we keep confidential.  Typically, in these cases we keep them confidential.

THE COURT:  Now, this is the overall quantum of

UNITED STATES DISTRICT COURT

opt-outs, in essence, right?

MR. BAUER:  It's not necessarily the number of individuals that opt out.  It's the volume of shares represented by their opt-outs.

THE COURT:  How many opt-outs do we presently have? You received four, I think, as of the -- whatever date you provided me with an update, but none of those four provided the requisite information.  So you're not counting those four as opt-outs?  Do I have that right?

MR. BAUER:  Partially, Your Honor.  So there are four opt-outs.  In fact, we've confirmed this morning with the claims administrator.  We're still at four opt-outs, the same four individuals.  Your Honor is correct that they did not provide the requested information concerning their holdings.  We do, however, propose that they be permitted to exclude themselves from the settlement.  We think it's fair to honor their expressed intent to not be -- not be held to this settlement against their wishes, despite the fact that they did not provide that information.

So yes, it's those four individuals, but we would propose that they be excluded.  That's reflected in the proposed judgment that we submitted with our reply papers at 120-1.

I would note, Your Honor, we did see that highlighted language in your tentative order.  We do have

copies of the supplemental agreement for Your Honor's in camera review should you wish.

THE COURT:  The defendant, of course, has seen this agreement?

MR. BAUER:  They executed it, Your Honor.

THE COURT:  That's what I thought.

Can you hand up a hard copy.

MR. BAUER:  May I approach, Your Honor?

THE COURT:  My clerk will come around and grab it.

Before I look at, is it -- from your perspective, is it fair to say that these four opt-outs, their collective shares are well below the threshold?

MR. BAUER:  We don't know specifically what their shares are, Your Honor, because they did not provide that information.  I can tell you these four individuals make up -- don't hold me to the mathematics, but I believe .003 of the number of claims that we submitted thus far.

So I can't tell you what percentage their damage shares represent, but I can tell you just as, you know, absolute number of investors, their opt-out represents, you know, less than one percent of the investors that have submitted claims.

THE COURT:  Even though these opt-outs did not provide all of the information that you asked for or that you need, can you sort of back of the envelope or through looking

UNITED STATES DISTRICT COURT

at other records, can you estimate what the quantum of their collective shares is?

MR. BAUER:  We can speak to Epiq.  I don't -- I confess I don't those numbers with me today.  We can speak with Epiq and see if they can reverse engineer an estimate based on what other individuals have submitted, but just for these two specific individuals, I think it would be difficult without them providing the necessary requested information to know what they actually held.

THE COURT:  You said two.  Is it four?

MR. BAUER:  I apologize, Your Honor, four.

THE COURT:  Okay.  So, again, what are you -- what do you suggest we do today?

MR. BAUER:  I -- I would propose Your Honor approve the settlement, approve the plan of allocation, and finally certify the class, enter the judgment, as we submitted at ECF 121 -- 120-1, excuse me, and grant the motions for fees, expenses, and the lead plaintiff award.

I would note for the record, Your Honor, we did confirm with Epiq and update the number of notices that have gone out.  The tentative, I believe, refers to an older number from an earlier filing.  There have been supplemental notices that have gone out.  As reflected in Epiq's supplemental declaration, ECF 121, it's 33,935 notice --

THE COURT:  Hold on one second.  I've got ECF 121.

Where in the tentative do I recite an old number?

MR. BAUER:  If you look at page 11, it refers to 33,796 --

THE COURT:  Yes.

MR. BAUER:  -- which was referring to the Epiq declaration with the final approval -- the opening motion.

THE COURT:  And the latest number is what?

MR. BAUER:  33,935.  That's ECF 121, paragraph six.

THE COURT:  97 claimed submissions.  Is that accurate still?

MR. BAUER:  Again, that number has now increased to 10,327.

THE COURT:  That's the 10,000 number?

MR. BAUER:  Yes.

THE COURT:  Got it.

MR. BAUER:  The reason being, Your Honor, as we get closer to the deadline, claims start coming in particularly from the nominees who submit, you know, in big batches.

THE COURT:  Okay.  Again, what plaintiffs would like me to do -- what needs to change in this tentative?  You gave me a couple of figures that should be updated.  I've now conducted the in camera review.  I am inclined to conclude that the supplemental agreement, the existence of it does not weigh against approval here today.

What else needs to be changed in the tentative from

your client's perspective?  If I agree with you a hundred percent and I issue this tentative with changes and the proposed judgment that you have given me, what else needs to change in the tentative?

MR. BAUER:  In terms of the Court's, you know, rulings and numbers, I don't think anything.  I think there's one thing that I would like to flag for Your Honor.  This is on page 12 where, you know, concerning defendant's non-opposition to the fee request, Your Honor observes that the tentative -- that your tentative ruling indicates that the the defendant did not oppose the fee.  Your Honor says that gave you pause.  I would just want to note for the record that those provisions are typical in securities cases.

I think the issues raised by the Briseno case -- I'm hoping I'm pronouncing that correctly -- really present themselves for prevalently in consumer class action cases where you have, you know, in some cases claims made, settlements, where, you know, the amount that gets paid depends on the number of claims that come in, and where there are sometimes reversions back to the defendants.  Obviously, that's not the case here.  We have, you know, the net settlement fund here.  Net of expenses and fees is all going to get distributed to the class on a pro rata basis.  There is no reversion to the defendants.

In fact, I would add, Your Honor, you rightly

observe that there is no evidence in the record that the parties agreed on the amount of the fees.  I would want to represent for the record that there was no agreement.  You know, the parties didn't even discuss the fees.  It was really completely separate from the settlement.

THE COURT:  Okay.  I appreciate that.

MR. BAUER:  The last point I would just want to add, Your Honor, is an update from the claims administrator this morning.  We were still at no objections.  I would note for the record, there are no objectors present today in the courtroom.

THE COURT:  So the tentative should probably reflect that as well?

MR. BAUER:  Yes, Your Honor.

THE COURT:  Anything else that needs to change in the tentative from your perspective?

MR. BAUER:  No, Your Honor.

THE COURT:  Okay.  Let me hear from Mr. De Jarnette, please.  Do you have any different answers to any of the questions that I asked Mr. Bauer?  Are defendants completely on board with the tentative and moving forward with the proposed judgment?

MR. DE JARNETTE:  Nothing to add, and we're on board.

THE COURT:  Okay.  Anything else from defendants'

perspective that should change in the tentative?

MR. DE JARNETTE:  No.  Other than the things Mr. Bauer raised, no.

THE COURT:  Okay.  All right.  Well, I'm inclined to turn my tentative into a final and issue your proposed judgment.  Because it's going to take me -- I'm not ready this instant to do that.  The minute order memorializing this hearing will say that it's under submission.  Please stand by for an order hopefully very quickly.

Anything else we need to accomplish in this case?

MR. BAUER:  Nothing from the plaintiffs' side, Your Honor.

THE COURT:  Okay.

MR. DE JARNETTE:  Nothing from defendants either.

THE COURT:  All right.  Counsel, thank you very much.  Thanks for resolving this matter.  I appreciate your work.  Stand by for that order.

MR. BAUER:  Thank you, Your Honor.

THE COURT:  Happy Thanksgiving.

MR. BAUER:  Same to you, Your Honor.

(Proceedings concluded at 10:20 a.m.)

CERTIFICATE

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN

THE ABOVE MATTER.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


/s/ Miriam V. Baird                12/23/2025

MIRIAM V. BAIRD                         DATE
OFFICIAL REPORTER

| / | A |
|---|---|
| **/s** [1] - 15:9 | **a.m** [1] - 14:21 |

**A**

**a.m** [1] - 14:21
**A.M** [1] - 3:1
**ABOVE** [1] - 15:4
**absolute** [1] - 9:20
**accept** [2] - 5:14, 5:15
**accomplish** [1] - 14:10
**accurate** [1] - 11:10
**action** [1] - 12:16
**add** [3] - 12:25, 13:8, 13:23
**additional** [1] - 6:8
**administrator** [3] - 6:4, 8:12, 13:8
**agree** [1] - 12:1
**agreed** [1] - 13:2
**agreement** [7] - 6:18, 6:19, 6:20, 9:1, 9:4, 11:23, 13:3
**ahead** [1] - 7:14
**AL** [2] - 1:10, 2:11
**al** [1] - 3:4
**ALBERT** [2] - 1:4, 2:3
**Albert** [1] - 3:3
**allocation** [1] - 10:15
**ALTO** [1] - 2:12
**amount** [2] - 12:18, 13:2
**ANA** [3] - 1:18, 1:24, 3:1
**AND** [2] - 2:4, 15:2
**AND/OR** [1] - 15:6
**answer** [3] - 6:6, 6:7, 6:8
**answers** [1] - 13:19
**ANY** [1] - 15:5
**apologize** [1] - 10:11
**appearance** [1] - 3:5
**appreciate** [3] - 6:8, 13:6, 14:16
**approach** [1] - 9:8
**approval** [5] - 3:22, 4:25, 11:6, 11:24
**approve** [2] - 10:14, 10:15
**approving** [1] - 4:12
**ARE** [1] - 15:6
**areas** [1] - 4:4
**attachment** [1] - 7:11
**attorneys'** [1] - 3:23
**AULD** [1] - 2:4
**Auld** [1] - 3:8
**award** [1] - 10:18

**0**

**003** [1] - 9:16

**1**

**1-053** [1] - 1:24
**10,000** [1] - 11:13
**10,327** [2] - 5:6, 11:12
**106** [1] - 7:8
**106-2** [2] - 7:7, 7:11
**10603** [1] - 2:6
**10:02** [1] - 3:1
**10:20** [1] - 14:21
**11** [1] - 11:2
**117** [1] - 7:8
**11893** [1] - 1:23
**12** [1] - 12:8
**12/23/2025** [1] - 15:9
**120-1** [2] - 8:23, 10:17
**121** [4] - 10:17, 10:24, 10:25, 11:8
**13** [1] - 6:17
**18th** [1] - 5:5

**2**

**2025** [3] - 1:19, 3:1, 4:7
**25** [2] - 1:19, 3:1
**2ND** [1] - 2:5

**3**

**3175** [1] - 2:11
**33,000** [1] - 5:7
**33,796** [1] - 11:3
**33,935** [2] - 10:24, 11:8

**4**

**411** [1] - 1:24

**5**

**5** [1] - 4:6

**7**

**7.7** [1] - 7:2
**75** [1] - 2:5
**7th** [5] - 4:7, 4:9, 4:13, 5:14, 6:11

**9**

**94304** [1] - 2:12
**97** [1] - 11:9
**97201** [1] - 1:24

**B**

**Baird** [1] - 15:9
**BAIRD** [2] - 1:23, 15:10
**based** [1] - 10:6
**basis** [1] - 12:23
**batches** [1] - 11:18
**Bauer** [6] - 3:8, 3:11, 4:15, 4:16, 13:20, 14:3
**BAUER** [36] - 2:3, 3:7, 3:25, 4:16, 4:23, 6:3, 6:5, 6:12, 6:24, 7:2, 7:5, 7:7, 7:10, 7:16, 7:23, 8:2, 8:10, 9:5, 9:8, 9:13, 10:3, 10:11, 10:14, 11:2, 11:5, 11:8,

11:11, 11:14, 11:16, 12:5, 13:7, 13:14, 13:17, 14:11, 14:18, 14:20
**behalf** [1] - 3:14
**BEHALF** [2] - 2:3, 2:10
**below** [1] - 9:12
**big** [1] - 11:18
**Biosciences** [1] - 3:4
**BIOSCIENCES** [2] - 1:10, 2:11
**bit** [2] - 4:22, 5:2
**Bleichmar** [1] - 3:8
**BLEICHMAR** [1] - 2:4
**board** [2] - 13:21, 13:24
**bracketed** [1] - 6:17
**BRETT** [1] - 2:10
**Brett** [1] - 3:14
**Briseno** [1] - 12:14

**C**

**CA** [1] - 2:12
**CALIFORNIA** [4] - 1:2, 1:18, 1:24, 3:1
**camera** [3] - 6:18, 9:2, 11:22
**candor** [1] - 4:2
**case** [3] - 12:14, 12:21, 14:10
**cases** [4] - 7:24, 12:13, 12:16, 12:17
**CCRA** [1] - 1:23
**CENTRAL** [1] - 1:2
**certain** [2] - 6:22, 7:19
**CERTIFICATE** [1] - 15:1
**certify** [1] - 10:16
**CERTIFY** [1] - 15:2
**change** [4] - 11:20, 12:4, 13:15, 14:1
**changed** [1] - 11:25
**changes** [1] - 12:2
**CHARGED** [1] - 15:5
**CHOW** [2] - 1:4, 2:3
**Chow** [1] - 3:3
**CIRCUIT** [1] - 15:5
**circulate** [1] - 3:23
**claim** [1] - 4:7
**claimants** [1] - 4:19
**claimed** [1] - 11:9
**claims** [21] - 4:9, 4:20, 5:1, 5:6, 5:9, 5:14, 5:15, 5:17, 5:22, 5:24, 6:1, 6:4, 6:14, 8:12, 9:17, 9:22, 11:17, 12:17, 12:19, 13:8
**class** [3] - 10:16, 12:16, 12:23
**CLERK** [1] - 3:3
**clerk** [2] - 3:23, 9:9
**client's** [1] - 12:1
**closer** [1] - 11:17
**colleague** [1] - 3:9
**collective** [2] - 9:11, 10:2
**combined** [1] - 7:18
**comfort** [1] - 5:10
**coming** [1] - 11:17
**compared** [1] - 5:6
**completely** [3] - 6:19, 13:5, 13:21
**concern** [1] - 5:3

**concerning** [2] - 8:14, 12:8
**conclude** [1] - 11:22
**concluded** [1] - 14:21
**conditions** [1] - 6:22
**conducted** [1] - 11:22
**CONFERENCE** [1] - 15:7
**confess** [1] - 10:4
**confidential** [2] - 7:23, 7:24
**confirm** [1] - 10:20
**confirmed** [1] - 8:11
**CONFORMANCE** [1] - 15:6
**consumer** [1] - 12:16
**continue** [3] - 5:14, 5:21, 5:25
**continuing** [1] - 5:23
**COOLEY** [1] - 2:11
**Cooley** [1] - 3:14
**copies** [1] - 9:1
**copy** [2] - 7:14, 9:7
**correct** [5] - 6:3, 6:5, 6:11, 6:12, 8:13
**CORRECT** [1] - 15:2
**correctly** [1] - 12:15
**counsel** [1] - 3:5
**Counsel** [1] - 14:15
**counting** [1] - 8:8
**couple** [3] - 4:3, 4:4, 11:21
**course** [2] - 4:5, 9:3
**COURT** [41] - 1:1, 1:23, 3:11, 3:16, 3:21, 4:2, 4:22, 6:2, 6:4, 6:6, 6:16, 6:25, 7:4, 7:6, 7:8, 7:12, 7:22, 7:25, 8:5, 9:3, 9:6, 9:9, 9:23, 10:10, 10:12, 10:25, 11:4, 11:7, 11:9, 11:13, 11:15, 11:19, 13:6, 13:12, 13:15, 13:18, 13:25, 14:4, 14:13, 14:15, 14:19
**Court's** [2] - 4:17, 12:5
**courtroom** [1] - 13:11
**CSR** [1] - 1:23
**CV22-01374-JWH** [2] - 1:8, 3:3

**D**

**damage** [1] - 9:18
**date** [6] - 4:13, 4:24, 4:25, 5:1, 6:15, 8:6
**DATE** [1] - 15:10
**DE** [7] - 2:10, 3:13, 3:19, 4:1, 13:23, 14:2, 14:14
**De** [3] - 3:14, 3:16, 13:18
**deadline** [7] - 4:7, 4:18, 5:1, 5:16, 5:24, 6:13, 11:17
**deadlines** [1] - 5:20
**December** [5] - 4:7, 4:9, 4:13, 5:14, 6:11
**declaration** [2] - 10:24, 11:6
**defendant** [2] - 9:3, 12:11
**DEFENDANT** [1] - 2:10
**defendant's** [1] - 12:8
**Defendants** [1] - 1:12
**defendants** [6] - 3:15, 7:20, 12:20, 12:24, 13:20, 14:14
**defendants'** [1] - 13:25
**DEPOSIT** [1] - 15:6

**despite** [1] - 8:18
**detail** [2] - 6:8, 7:3
**different** [1] - 13:19
**difficult** [1] - 10:7
**direct** [1] - 6:6
**discuss** [1] - 13:4
**distributed** [1] - 12:23
**distribution** [1] - 5:23
**DISTRICT** [3] - 1:1, 1:2, 1:23
**down** [1] - 4:22

**E**

**easy** [1] - 4:3
**ECF** [5] - 7:7, 10:16, 10:24, 10:25, 11:8
**either** [1] - 14:14
**en** [1] - 5:9
**engineer** [1] - 10:5
**ENOCHIAN** [2] - 1:10, 2:11
**Enochian** [1] - 3:4
**enter** [1] - 10:16
**envelope** [1] - 9:25
**Epiq** [6] - 5:22, 6:2, 10:3, 10:5, 10:20, 11:5
**EPIQ** [1] - 6:2
**Epiq's** [1] - 10:23
**essence** [1] - 8:1
**estimate** [2] - 10:1, 10:5
**et** [1] - 3:4
**ET** [2] - 1:10, 2:11
**evidence** [1] - 13:1
**exclude** [1] - 8:16
**excluded** [1] - 8:21
**exclusion** [1] - 7:17
**excuse** [1] - 10:17
**executed** [1] - 9:5
**exist** [1] - 6:23
**existence** [1] - 11:23
**expenses** [2] - 10:18, 12:22
**expressed** [1] - 8:17

**F**

**fact** [3] - 8:11, 8:18, 12:25
**fair** [2] - 8:16, 9:11
**falling** [1] - 6:7
**far** [1] - 9:17
**FEE** [1] - 15:5
**fee** [2] - 12:9, 12:11
**fees** [5] - 3:23, 10:17, 12:22, 13:2, 13:4
**FEES** [1] - 15:5
**figures** [1] - 11:21
**filed** [3] - 4:9, 5:17, 7:10
**filing** [3] - 4:7, 5:4, 10:22
**final** [4] - 3:22, 4:10, 11:6, 14:5
**finally** [1] - 10:15
**flag** [1] - 12:7
**FLOOR** [1] - 2:5
**FONTI** [1] - 2:4

**Fonti** [1] - 3:8
**FOR** [1] - 15:5
**FOREGOING** [1] - 15:2
**forward** [1] - 13:21
**four** [11] - 8:6, 8:7, 8:8, 8:11, 8:12, 8:13, 8:20, 9:11, 9:15, 10:10, 10:11
**FOURTH** [1] - 1:24
**Freeland** [1] - 3:10
**FRELAND** [1] - 2:3
**Freland** [1] - 3:11
**function** [1] - 4:23
**fund** [1] - 12:22

**G**

**GEORGE** [1] - 2:3
**George** [2] - 3:8, 4:16
**given** [1] - 12:3
**grab** [1] - 9:9
**grant** [2] - 6:10, 10:17

**H**

**hand** [1] - 9:7
**HANOVER** [1] - 2:11
**happy** [4] - 5:3, 6:13, 6:15, 14:19
**hard** [2] - 7:14, 9:7
**hear** [1] - 13:18
**hearing** [6] - 4:8, 4:11, 4:19, 4:24, 6:9, 14:8
**HEARING** [1] - 1:17
**held** [2] - 8:17, 10:9
**HEREBY** [1] - 15:2
**highlighted** [3] - 4:4, 6:17, 8:25
**HOLCOMB** [1] - 1:3
**hold** [5] - 5:21, 7:4, 9:16, 10:25
**holdings** [1] - 8:15
**Honor** [33] - 3:7, 3:13, 3:25, 4:1, 5:13, 5:18, 5:25, 6:3, 6:5, 6:12, 6:14, 6:24, 7:10, 8:10, 8:13, 8:24, 9:5, 9:8, 9:14, 10:11, 10:14, 10:19, 11:16, 12:7, 12:9, 12:11, 12:25, 13:8, 13:14, 13:17, 14:12, 14:18, 14:20
**honor** [1] - 8:17
**Honor's** [2] - 5:3, 9:1
**HONORABLE** [1] - 1:3
**hopefully** [2] - 6:10, 14:9
**hoping** [1] - 12:15
**hundred** [1] - 12:1

**I**

**IN** [4] - 2:3, 2:10, 15:3, 15:6
**Inc** [1] - 3:4
**INC** [2] - 1:10, 2:11
**inclined** [2] - 11:22, 14:4
**inconsistency** [1] - 5:2
**increased** [1] - 11:11
**indicates** [1] - 12:10
**individuals** [8] - 5:19, 7:17, 8:3, 8:13,

8:20, 9:15, 10:6, 10:7
**inform** [1] - 6:14
**information** [6] - 8:8, 8:14, 8:19, 9:15, 9:24, 10:8
**instant** [1] - 14:7
**intent** [1] - 8:17
**investments** [1] - 7:19
**investors** [4] - 5:11, 5:19, 9:20, 9:21
**IS** [1] - 15:2
**issue** [2] - 12:2, 14:5
**issued** [1] - 4:11
**issues** [1] - 12:14

## J

**JARNETTE** [7] - 2:10, 3:13, 3:19, 4:1, 13:23, 14:2, 14:14
**Jarnette** [3] - 3:14, 3:16, 13:19
**job** [1] - 3:19
**JOHN** [1] - 1:3
**joined** [1] - 3:9
**JUDGE** [1] - 1:3
**judgment** [5] - 8:22, 10:16, 12:3, 13:22, 14:6
**JUDICIAL** [1] - 15:7

## K

**keep** [2] - 7:23, 7:24
**keyed** [2] - 4:25, 5:1
**kind** [1] - 4:10

## L

**laid** [1] - 7:3
**language** [1] - 8:25
**last** [2] - 5:4, 13:7
**latest** [1] - 11:7
**lead** [1] - 10:18
**LESS** [1] - 15:5
**less** [1] - 9:21
**line** [1] - 7:12
**LLP** [2] - 2:4, 2:11
**look** [4] - 7:2, 7:14, 9:10, 11:2
**looked** [1] - 7:12
**looking** [1] - 9:25

## M

**masse** [1] - 5:9
**mathematics** [1] - 9:16
**matter** [1] - 14:16
**MATTER** [1] - 15:4
**memorializing** [1] - 14:7
**might** [1] - 6:21
**minute** [1] - 14:7
**MIRIAM** [2] - 1:23, 15:10
**Miriam** [1] - 15:9
**mispronounce** [1] - 3:18
**missed** [1] - 4:13

**moms** [1] - 5:19
**morning** [6] - 3:7, 3:12, 3:13, 3:16, 8:11, 13:9
**MOTION** [1] - 1:17
**motion** [4] - 3:21, 3:22, 7:11, 11:6
**motions** [2] - 6:10, 10:17
**moving** [1] - 13:21
**MR** [41] - 3:7, 3:13, 3:19, 3:25, 4:1, 4:16, 4:23, 6:3, 6:5, 6:12, 6:24, 7:2, 7:5, 7:7, 7:10, 7:16, 7:23, 8:2, 8:10, 9:5, 9:8, 9:13, 10:3, 10:11, 10:14, 11:2, 11:5, 11:8, 11:11, 11:14, 11:16, 12:5, 13:7, 13:14, 13:17, 13:23, 14:2, 14:11, 14:14, 14:18, 14:20

## N

**name** [1] - 3:17
**necessarily** [1] - 8:2
**necessary** [1] - 10:8
**need** [3] - 7:14, 9:25, 14:10
**needs** [4] - 11:20, 11:25, 12:3, 13:15
**net** [2] - 12:21, 12:22
**nominees** [1] - 11:18
**non** [1] - 12:9
**non-opposition** [1] - 12:9
**none** [1] - 8:7
**note** [5] - 4:6, 8:24, 10:19, 12:12, 13:9
**nothing** [3] - 13:23, 14:11, 14:14
**notice** [3] - 5:1, 5:10, 10:24
**notices** [3] - 5:7, 10:20, 10:23
**NOVEMBER** [2] - 1:19, 3:1
**number** [11] - 5:5, 8:2, 9:17, 9:20, 10:20, 10:22, 11:1, 11:7, 11:11, 11:13, 12:19
**numbers** [3] - 4:10, 10:4, 12:6
**NY** [1] - 2:6

## O

**objections** [1] - 13:9
**objectors** [1] - 13:10
**observe** [1] - 13:1
**observes** [1] - 12:9
**obviously** [1] - 12:20
**OF** [7] - 1:2, 1:16, 2:3, 2:10, 15:3, 15:7
**OFFICIAL** [2] - 1:23, 15:10
**old** [1] - 11:1
**older** [1] - 10:21
**one** [5] - 4:3, 5:12, 9:21, 10:25, 12:7
**opening** [1] - 11:6
**opportunity** [2] - 4:20, 7:20
**oppose** [1] - 12:11
**opposition** [1] - 12:9
**opt** [10] - 8:1, 8:3, 8:4, 8:5, 8:9, 8:11, 8:12, 9:11, 9:20, 9:23
**opt-out** [1] - 9:20
**opt-outs** [8] - 8:1, 8:4, 8:5, 8:9, 8:11, 8:12, 9:11, 9:23
**order** [6] - 4:11, 4:25, 8:25, 14:7, 14:9,

14:17
**outs** [8] - 8:1, 8:4, 8:5, 8:9, 8:11, 8:12, 9:11, 9:23
**overall** [1] - 7:25

## P

**page** [4] - 4:6, 6:16, 11:2, 12:8
**paid** [1] - 12:18
**PALO** [1] - 2:12
**papers** [2] - 5:5, 8:22
**paragraph** [2] - 7:2, 11:8
**partially** [1] - 8:10
**participate** [2] - 4:21, 5:12
**particularly** [1] - 11:17
**parties** [2] - 13:2, 13:4
**passed** [1] - 5:20
**passes** [1] - 6:13
**pause** [1] - 12:12
**percent** [2] - 9:21, 12:2
**percentage** [1] - 9:18
**perhaps** [1] - 4:12
**permitted** [1] - 8:15
**perspective** [5] - 6:10, 9:10, 12:1, 13:16, 14:1
**PLAINS** [1] - 2:6
**PLAINTIFF** [1] - 2:3
**plaintiff** [3] - 3:6, 3:9, 10:18
**Plaintiffs** [1] - 1:6
**plaintiffs** [3] - 4:16, 6:9, 11:19
**plaintiffs'** [2] - 3:21, 14:11
**plan** [1] - 10:15
**play** [1] - 4:18
**plus** [1] - 5:7
**point** [5] - 4:11, 5:8, 5:16, 5:22, 13:7
**pops** [1] - 5:19
**possible** [1] - 4:19
**prejudice** [2] - 5:17, 5:24
**preliminarily** [1] - 4:12
**preliminary** [2] - 4:25, 7:11
**premature** [1] - 4:8
**preparing** [2] - 4:5, 7:13
**present** [2] - 12:15, 13:10
**presently** [1] - 8:5
**PRESIDING** [1] - 1:3
**pretty** [1] - 4:3
**prevalently** [1] - 12:16
**pro** [1] - 12:23
**proceed** [1] - 6:9
**PROCEEDINGS** [2] - 1:16, 15:3
**Proceedings** [1] - 14:21
**process** [4] - 5:8, 5:21, 5:23, 5:25
**program** [1] - 5:10
**pronounce** [1] - 3:17
**pronouncing** [1] - 12:15
**properly** [2] - 3:18, 4:6
**propose** [3] - 8:15, 8:21, 10:14
**proposed** [4] - 8:22, 12:3, 13:22, 14:5
**provide** [4] - 8:14, 8:19, 9:14, 9:24

provided [2] - 8:7
providing [1] - 10:8
provisions [1] - 12:13

**Q**

quantum [2] - 7:25, 10:1
questions [2] - 4:3, 13:20
quickly [1] - 14:9

**R**

raised [2] - 12:14, 14:3
rata [1] - 12:23
reach [2] - 5:22, 7:19
ready [2] - 5:23, 14:6
really [3] - 3:19, 12:15, 13:5
reason [2] - 5:18, 11:16
receive [1] - 3:25
received [2] - 5:5, 8:6
recite [1] - 11:1
record [8] - 3:6, 6:2, 6:13, 10:19, 12:13, 13:1, 13:3, 13:10
RECORDED [1] - 15:3
records [1] - 10:1
REDUCTION [1] - 15:6
referring [1] - 11:5
refers [2] - 10:21, 11:2
reflect [1] - 13:13
reflected [3] - 7:18, 8:21, 10:23
REGULATIONS [1] - 15:7
replay [1] - 5:5
reply [1] - 8:22
report [1] - 5:4
REPORTER [2] - 1:23, 15:10
REPORTER'S [1] - 1:16
represent [2] - 9:19, 13:3
represented [1] - 8:4
represents [1] - 9:20
request [1] - 12:9
requested [2] - 8:14, 10:8
requisite [1] - 8:8
resolving [1] - 14:16
reverse [1] - 10:5
reversion [1] - 12:24
reversions [1] - 12:20
review [3] - 6:18, 9:2, 11:22
rightly [1] - 12:25
ROAD [1] - 2:5
robust [1] - 5:10
ruling [1] - 12:10
rulings [1] - 12:6

**S**

safety [1] - 6:22
SANTA [3] - 1:18, 1:24, 3:1
schedules [2] - 4:18, 4:24
second [2] - 6:16, 10:25
section [1] - 6:17

securities [1] - 12:13
see [2] - 8:24, 10:5
seek [1] - 7:17
separate [1] - 13:5
set [2] - 4:11, 4:24
settlement [11] - 3:22, 4:12, 5:12, 6:23, 7:17, 7:21, 8:16, 8:18, 10:15, 12:22, 13:5
settlements [1] - 12:18
shares [6] - 7:18, 8:3, 9:12, 9:14, 9:19, 10:2
short [2] - 6:8, 7:16
side [1] - 14:11
significant [1] - 5:5
six [1] - 11:8
slow [1] - 4:22
sometimes [2] - 5:20, 12:20
sort [2] - 6:21, 9:25
specific [1] - 10:7
specifically [1] - 9:13
stand [2] - 14:8, 14:17
start [1] - 11:17
starting [2] - 3:6, 5:9
state [1] - 3:5
STATES [2] - 1:1, 15:7
STENOGRAPHICALLY [1] - 15:3
still [4] - 5:25, 8:12, 11:10, 13:9
stipulation [1] - 7:3
STREET [2] - 1:24, 2:11
struggle [1] - 3:17
submission [1] - 14:8
submissions [1] - 11:9
submit [2] - 4:20, 11:18
submitted [6] - 6:14, 8:22, 9:17, 9:22, 10:6, 10:16
successful [1] - 5:11
suggest [1] - 10:13
SUITE [1] - 1:24
supplement [1] - 6:13
supplemental [7] - 6:18, 6:19, 6:20, 9:1, 10:22, 10:24, 11:23

**T**

tend [1] - 4:19
tentative [17] - 3:23, 4:4, 7:13, 8:25, 10:21, 11:1, 11:20, 11:25, 12:2, 12:4, 12:10, 13:12, 13:16, 13:21, 14:1, 14:5
terms [1] - 12:5
Thanksgiving [1] - 14:19
THAT [1] - 15:2
THE [48] - 2:3, 2:10, 3:3, 3:11, 3:16, 3:21, 4:2, 4:22, 6:2, 6:4, 6:6, 6:16, 6:25, 7:4, 7:6, 7:8, 7:12, 7:22, 7:25, 8:5, 9:3, 9:6, 9:9, 9:23, 10:10, 10:12, 10:25, 11:4, 11:7, 11:9, 11:13, 11:15, 11:19, 13:6, 13:12, 13:15, 13:18, 13:25, 14:4, 14:13, 14:15, 14:19, 15:2, 15:3, 15:4, 15:6, 15:7
themselves [2] - 8:16, 12:16

THIS [1] - 15:5
thoughts [1] - 4:15
threshold [3] - 7:19, 7:23, 9:12
timely [1] - 5:17
today [6] - 3:9, 5:25, 10:4, 10:13, 11:24, 13:10
TRANSCRIPT [3] - 1:16, 15:3, 15:5
TRUE [1] - 15:2
TUESDAY [2] - 1:19, 3:1
turn [1] - 14:5
two [2] - 10:7, 10:10
typical [1] - 12:13
typically [3] - 4:18, 5:15, 7:24

**U**

U.S [1] - 1:23
under [1] - 14:8
unilateral [1] - 7:20
UNITED [2] - 1:1, 15:7
up [6] - 4:24, 5:6, 5:16, 6:14, 9:7, 9:16
update [3] - 8:7, 10:20, 13:8
updated [1] - 11:21

**V**

valid [1] - 6:1
valve [1] - 6:22
VELIZBAIRDMIRIAM@GMAIL.COM [1] - 1:25
view [1] - 5:11
VIRGINIA [1] - 2:5
volume [2] - 7:18, 8:3
Vs [1] - 1:8

**W**

wait [3] - 4:8, 4:10, 6:11
weeks [1] - 5:4
weigh [1] - 11:24
WEST [1] - 1:24
WHITE [1] - 2:6
WILLIAM [1] - 2:3
William [1] - 3:9
wish [1] - 9:2
wishes [1] - 8:18
WITH [1] - 15:6
withdraw [1] - 7:21
wonder [1] - 4:8