**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
George N. Bauer (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
jfonti@bfalaw.com
gbauer@bfalaw.com
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Jean-Pierre Murray,*
*and Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHOW, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>ENOCHIAN BIOSCIENCES INC., MARK DYBUL, RENE SINDLEV, and CARL SANDLER,<br><br>                    Defendants. | Case No. 8:22-cv-01374-JWH-JDE<br><br>CLASS ACTION<br><br>**STATUS REPORT REGARDING LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>JUDGE:  Hon. John W. Holcomb |

Lead Plaintiff and Lead Plaintiff's Counsel respectfully submit this status report regarding Lead Plaintiff's Motion for Final Approval of the Proposed Class Action Settlement (ECF No. 115), and Lead Plaintiff's Counsel's Motion for Attorneys' Fees, Expenses, and Service Award (ECF No. 116) (together, the "Pending Motions"). On November 25, 2025, the Court held a final approval hearing on the Pending Motions. (ECF No. 122.) Among other things, the Court reviewed its tentative ruling granting final approval and indicated that it would enter the ruling with certain revisions, as discussed at the hearing.

As an update, the Court-appointed Claims Administrator, Epiq, reports that, as of April 17, 2026, it has received 21,336 claim submissions. In addition, there are four requests for exclusion (the same four discussed at the final approval hearing and identified in the Proposed Judgment, ECF No. 120-1), and no objections. Epiq is otherwise prepared to begin processing the claims received and distributing the Settlement Fund to eligible Settlement Class members. To do so, however, Epiq must await the Court's entry of an order granting final approval of the Settlement and the Judgment.

Accordingly, Lead Plaintiff respectfully submits this update to the Court and renews its requests for entry of the Court's final approval order and Judgment so that Settlement administration may proceed and Epiq can begin the distribution of the Settlement Fund to the Settlement Class.

Lead Plaintiff and Lead Counsel remain available should the Court have any questions or require any additional information.

Dated: April 28, 2026                    Respectfully submitted,

                                         By: */s/ George N. Bauer*
                                         **BLEICHMAR FONTI & AULD LLP**
                                         Joseph A. Fonti (*pro hac vice*)
                                         jfonti@bfalaw.com
                                         300 Park Avenue, Suite 1301

New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

– and –

George N. Bauer (*pro hac vice*)
gbauer@bfalaw.com
75 Virginia Road, 2nd Floor
New York, New York 10603
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Jean-Pierre Murray and Lead Counsel for the Putative Class*

– and –

Brian Schall (SBN 290685)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Jean-Pierre Murray*

STATUS REPORT REGARDING LEAD PLAINTIFF'S MOT. FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT
CASE NO. 8:22-cv-01374-JWH-JDE

2